# IN UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JOHN KEITH HEBERT, IC "Plata", )
President of International Defense Corporation, )
4711 Renie Road, )
Erath, Louisiana 70533, )

        Plaintiff(s), )

VS. )

**THE UNITED STATES OF AMERICA,** )
   (Unprivileged War Belligerents), )

(1)  (The United States Central Intelligence Agency, )
And the CIA Director John Brennan, )
And the Entire CIA Command to Afghanistan, )
And the CIA Chief of Support Christine )
Massowd, )
And the CIA Chief of Security "Watchdog", )
And the other CIA Command Personnel, )
And the CIA Regional Medical Officer / )
Psychologist Maria L. Dittrich, PhD, )
Office of Public Affairs, )
Washington, D.C. 20505), )

(2)  (The United States Central Intelligence Agency, )
And the Office of Inspector General, )
And the Assistant Inspector General for )
Investigations Scott D. Williams, )
Office of Public Affairs, )
Washington, D.C. 20505), )

(3)  (The United States National Intelligence, )
And the Office of the Director of National )
Intelligence, )
And the Director James Clapper, )
1500 Tysons McLean Drive, )
McLean, Virginia 22102), )

(4)  (The United States Central Intelligence Agency, )
And the Las Vegas Office of the CIA Operations, )
Office of Public Affairs, )
Washington, D.C. 20505), )

(5)  (The City of North Las Vegas Police Department, )
And Rob Sullivan, And other Police Officers, )
2332 Las Vegas Boulevard, North, Suite 200, )
North Las Vegas, Nevada 89030), )

(6)  (The United States Federal Bureau of )
Investigations, )
And FBI Task Force Officer Kris A. Miyasato, )
1787 Lake Mead Boulevard, )

**CIVIL ACTION NO.**

**6:19-cv-0410**

MAR 2 5 2019

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

**CRIMINAL ACTION NO.**

_____

**COMPLAINT:**

(TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
(18 U.S.C. §§ 2381-2391); AND COMMUNIST CONTROL
LAW AND LEGISLATIVE FINDING OF FACT AND
DECLARATION OF NECESSITY (50 U.S.C. §§ 841-844);
AND RACKETEER INFLUENCED AND CORRUPT
ORGANIZATIONS (18 U.S.C. §§ 1961-1968).)

1

Las Vegas, Nevada 89106), )
)
(7)      (The United States Federal Bureau of )
Investigations, )
And the FBI Director James Comey, )
And the FBI Office of Counter-Intelligence, )
And the FBI Office of Counter-Terrorism, )
935 Pennsylvania Avenue, N. W., )
Washington, D.C. 20535), )
)
(8)      (The United States Department of Justice, )
And the Office of Human Rights and Special )
Prosecutions Section to the Criminal Division, )
And the Chief Teresa McHenry, )
950 Pennsylvania Avenue, N. W., )
Washington, D.C. 20530-0001), )
)
(9)      (The United States Department of Justice, )
And the Office of Special Litigation Section )
to the Civil Rights Division, )
And the Acting Assistant Attorney General )
T. E. Wheeler II, )
950 Pennsylvania Avenue, N. W., )
Washington, D.C. 20530-0001), )
)
(10)     (The United States Department of Justice, )
And the United States Attorney General )
the Honorable Loretta Lynch, )
And the United States Deputy Attorney General )
the Honorable Sally Yates, )
And the United States Attorney General )
the Honorable Jeff Sessions, )
And the United States Deputy Attorney General )
the Honorable Rod Rosenstein, )
950 Pennsylvania Avenue, N. W., )
Washington, D.C. 20530-0001), )
)
(11)     (The United States Department of Labor, )
And the Office of Worker's Compensation )
Programs Division of Longshore and Harbor )
Workers' Compensation, )
And the 13th Compensation District Director )
R. Todd Bruninks, )
400 West Bay Street, Suite 63A, Box 28, )
Jacksonville, Florida 32202), )
)
(12)     (The State of California, )
And the Franchise Tax Board, )
Post Office Box 2952, )
Sacramento, California 95812-2952), )
)
(13)     (The United States White House, )
And the United States President Barack Obama, )
1600 Pennsylvania Avenue, N.W., )
Washington, D.C. 20500), )
)
(14)     (The United States White House, )
And the United States President Donald J. Trump,)
1600 Pennsylvania Avenue, N.W., )
Washington, D.C. 20500), )
)
(15)     (The United Nations Headquarters New York, )
And the United States Ambassador to the )
United Nations Samantha Jane Power, )

405 East 42nd Street, 1st Avenue,
New York, New York 10017-3507),

(16)   (The Congress of the United States of America,
And the State of Nevada Senate Regional
Representative Bradley Sensibaugh,
And the State of Nevada Senator the
Honorable Dean Heller,
324 Hart Senate Office Building,
Washington, D.C. 20510),

(17)   (The Congress of the United States of America,
And the Senate Committee on the Judiciary,
And the Honorable Dianne Feinstein,
324 Hart Senate Office Building,
Washington, D.C. 20510),

(18)   (The Congress of the United States of America,
And the Speaker of the House of Representatives,
And the Honorable Paul Ryan,
And the Honorable Nancy Pelosi,
324 Hart Senate Office Building,
Washington, D.C. 20510),

**THE UNITED NATIONS,**
**(Unprivileged War Co-Belligerents),**

(19)   (The United Nations Headquarters,
And the United Nations Assistance Mission in
Afghanistan (UNAMA),
United Nations Office at Geneva,
Geneva 10, Switzerland CH-1211),

(20)   (NATO) Headquarters,
And the International Security Assistance Force
(ISAF) Under the Command of the North
Atlantic Treaty Organization (NATO),
Léopold III Boulevard,
Brussels, Belgium 1110),

(21)   (The United Nations Headquarters,
And the Complaint Procedure Unit,
And the Human Rights Council Branch,
And the Office of the United Nations High
Commissioner for Human Rights,
United Nations Office at Geneva,
Geneva 10, Switzerland CH-1211),

**(Unprivileged War Belligerents),**

(22)   (XPG LLC and Academi and Constellis Group
Incorporated and Triple Canopy Corporate
Headquarters,
And the Academi Management to Afghanistan,
And (RC-1 "Flathead", And RC-1 "Shrapnel",
And C-1 Ryan M. Scott "Bankhead",
And C-1 Larry H. Heppner "Bull",
And TL Paul Detwiler "Noodler",
And TL Ian M. Pearson "Bryant",
And other Academi Management Personnel,
12018 Sunrise Valley Drive, Suite 140,
Reston, Virginia 20191),

(23)   (The Starr Indemnity and Liability Company,

3



|  | And c/o Gallagher Bassett Services, | ) |
|  | And Senior Resolution Manager Teresa Martin, | ) |
|  | Post Office Box 21227, | ) |
|  | Tampa, Florida 33622), | ) |
|  |  | ) |
| (24) | (The Mouledoux, Bland, Legrand, and Brackett | ) |
|  | LLC Law Firm, | ) |
|  | 701 Poydras Street, Suite 4250, | ) |
|  | New Orleans, Louisiana 70139), | ) |
|  |  | ) |
| (25) | (The Turley Law Firm, | ) |
|  | 7428 Trade Street, | ) |
|  | San Diego, California 92121), | ) |
|  |  | ) |
| (26) | (Higher Ground Productions, | ) |
|  | And Barack Obama, | ) |
|  | And Michelle Obama, | ) |
|  | 2446 Belmont Road N.W., | ) |
|  | Washington, D.C. 20008), | ) |
|  |  | ) |
| (27) | (Netflix Corporate Headquarters, | ) |
|  | 100 Winchester Circle, | ) |
|  | Los Gatos, California 95032), | ) |
|  |  | ) |
|  |  | ) |
|  | Defendant(s). | ) |
|  |  | ) |
|  | *(All Defendant(s) are in both "Personal Individual | ) |
|  | Capacity" and "State Official Capacity".)* | ) |
|  |  | ) |
|  |  | ) |

**TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES; AND**

**COMMUNIST CONTROL LAW AND LEGISLATIVE FINDING OF FACT AND**

**DECLARATION OF NECESSITY; AND RACKETEER INFLUENCED**

**AND CORRUPT ORGANIZATIONS COMPLAINT.**

Plaintiff(s), JOHN KEITH HEBERT, alleges as follows:

**BRIEF IN SUPPORT OF PERSONAL INJURY AND EXTRAORDINARY SUFFERING**

1.      COMES NOW Plaintiff(s), JOHN KEITH HEBERT, IC "Plata", President of International Defense Corporation, for this matter is NOW before this Court for **TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES (18 U.S.C. §§ 2381-2391); AND COMMUNIST CONTROL LAW AND LEGISLATIVE FINDING OF FACT AND DECLARATION OF NECESSITY (50 U.S.C. §§ 841-844); AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (18 U.S.C. §§ 1961-1968) COMPLAINT** of "Personal Injury" from (Non-Consensual Human Experimentation) of (Mental Torture) and "Significant Injury" of (Extraordinary Suffering) from further "Mental Damage" and "Financial Destruction". Plaintiff(s) Hereby DEMAND an Immediate Emergency Hearing; Immediate Emergency Jury DEMAND by this Hereby Jury DEMAND; Immediate Emergency (Injunctive) and (Declaratory) Relief; Immediate Emergency (Political Asylum) and (Safe Haven) Relief

in the form of being "Relocated" back to Nevada to a (Safe House) with the address of (9101 Alta Drive, Unit 1802, Las Vegas, Nevada 89145) for Plaintiff(s) (Safety, Security, and Comfort); Immediate Emergency (REDRESS), and (Restitution), and (Back-Pay of Royalties), and (Penalties) from All Defendant(s) be Paid Immediately; (Nominal), (Compensatory), and (Punitive) Damages (Tax Free with No Restrictions Attached) in the sum of **"Two-Trillion, Six-Hundred Billion" dollars ($2,600,000,000,000)**; a "Twenty-Five Million" dollar ($25,000,000) REWARD for combatting Terrorism and defending the United States against Terrorist Acts per the United States Department of State's Counter-Terrorism Rewards for Justice Program Public Law 98-533 (codified at 22 U.S.C. § 2708); and Immediate Emergency (Executions) for (WAR TREASON), which Violated the (United States Constitution), and the (United States Laws of War).

## PLAINTIFF(S) GENERAL ALLEGATIONS

2.      Plaintiff(s), JOHN KEITH HEBERT, was born in Vermilion Parish, Louisiana, on 21 MAR 1973, and currently resides at 4711 Renie Road, Erath, Vermilion Parish, Louisiana 70533, and the United States District Court for the Western District of Louisiana has Jurisdiction.

3.      The United States District Court for the Western District of Louisiana has Jurisdiction over this Civil Action because the Plaintiff's Claims arise under Federal Law of **TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES (18 U.S.C. §§ 2381-2391); AND COMMUNIST CONTROL LAW AND LEGISLATIVE FINDING OF FACT AND DECLARATION OF NECESSITY (50 U.S.C. §§ 841-844), AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (18 U.S.C. §§ 1961-1968)**, and the United States District Court for the Western District of Louisiana has Jurisdiction.

4.      Plaintiff(s) hereby is informed, believes, and thereon alleges, and hereby HOLDS Defendant(s) as **(Unprivileged War Belligerents and Co-Belligerents)** to **(Unprivileged Combatants)** of an (Armed Conflict) in Afghanistan, which **(International Law)** "Indicates" the Status as being, (a **"Rebellion"** against a "Constituted Authority" governed by the **(Laws of War)**).

5.      Plaintiff(s), JOHN KEITH HEBERT, IC "Plata", President of International Defense Corporation, entered into a "Independent Contractor Service Agreement" with Defendant(s), (22), and a "Sub-Contract Service Agreement" with Defendant(s), (1), (13), (15), (19), and (20), herein both referred to as (International Contract of Agreement), to provide contracted and subcontracted "Private Security Services" in Afghanistan.

6.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

7.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

8.      DEMAND for payment has been made, which DEMAND has been refused or ignored and which International and Domestic Obligations remains unpaid and is now due and owing.

5

## FIRST CLAIM FOR RELIEF
### (Torture; Conspiracy to Commit Torture; War Crimes; Conspiracy to Commit War Crimes; Conspiracies by United States Officials to Kill, Kidnap, Maim, or Injure Persons or Damage Property in a Foreign Country; Corruption; and Criminal Breach of International Contract.)

9.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 8 above and incorporates the same as if set forth in full.

10.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

11.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

12.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (1), (13), (15), (19), (20), and (22), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Hundred Million" dollars $100,000,000, (Tax Free with No Restrictions Attached).

## SECOND CLAIM FOR RELIEF
### (Tampering with and Retaliating against Federal Witnesses; Obstruction of Pending Federal Court Proceedings; Obstruction of Pending Congressional or Federal Administrative Proceedings; Knowingly Obstructing Justice; Government Officials who Authorized or Conspired to Stalk Individuals with the Intent to Harass, Injure, or Intimidate Another; Conspiracy to Commit Assault with a Deadly Weapon; Illegal Surveillance Techniques; Spying for the Enemy; Wrongfully Aiding the Enemy; Corruption; and Action for Neglect to Prevent Conspiracy to Commit Torture and Conspiracy to Commit War Crimes.)

13.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 12 above and incorporates the same as if set forth in full.

14.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

15.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

16.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (2), (3), (4), (5), (6), (7), (8), (9), (10), and (21), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Hundred Million" dollars $100,000,000, (Tax Free with No Restrictions Attached).

### THIRD CLAIM FOR RELIEF
### (Treason; Corruption; Conspiracy to Commit Treason; Soliciting Others to Commit
### a Crime of Violence, Conspiring to Solicit, and Aiding and Abetting such Solicitation; and
### "Espionage, Sabotage, and Other Hostile Acts".)

17.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 16 above and incorporates the same as if set forth in full.

18.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

19.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

20.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Billion" dollars $1,000,000,000, (Tax Free with No Restrictions Attached).

### FOURTH CLAIM FOR RELIEF
### (Conspiracy to Wage a War of Aggression; and
### Conspiracy to Commit Crimes against Humanity.)

21.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 20 above and incorporates the same as if set forth in full.

22.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

23.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

24.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Billion" dollars $1,000,000,000, (Tax Free with No Restrictions Attached).

### FIFTH CLAIM FOR RELIEF
### (Conspiracy to Commit Crimes against Christians within Warzones;
### Persecution; and Roman Catholic Slavery.)

25.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 24 above and incorporates the same as if set forth in full.

26.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

27.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

28.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Two Billion, Eight Hundred Million" dollars $2,800,000,000, (Tax Free with No Restrictions Attached).

### SIXTH CLAIM FOR RELIEF
**(International Criminal Acts of Unlawful Unprivileged War Belligerency And Co-Belligerency in 2017.)**

29.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 28 above and incorporates the same as if set forth in full.

30.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

31.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

32.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (1), (2), (3), (4), (5), (6), (7), (8), (9), (10), (13), (14), (15), (19), (20), and (21), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Five Billion" dollars $5,000,000,000, (Tax Free with No Restrictions Attached).

### SEVENTH CLAIM FOR RELIEF
**(Federal Insurance Fraud; Corruption; Conspiracy; Rebellion and Insurrection; Seditious Conspiracy; Advocating Overthrow of Government; and Activities Affecting Armed Forces during War.)**

33.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 32 above and incorporates the same as if set forth in full.

34.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the

contracted and subcontracted "Private Security Services" provided in Afghanistan.

35.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

36.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (1), (11), (22), (23), (24), and (25), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Billion" dollars $1,000,000,000, (Tax Free with No Restrictions Attached).

### EIGHTH CLAIM FOR RELIEF
**(Interstate Tax Fraud; Interstate Bank Fraud; Corruption; Conspiracy; and Action for Neglect to Prevent Conspiracy to Commit Interstate Tax Fraud and Interstate Bank Fraud.)**

37.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 36 above and incorporates the same as if set forth in full.

38.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

39.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

40.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (12), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Hundred Million" dollars $100,000,000, (Tax Free with No Restrictions Attached).

### NINTH CLAIM FOR RELIEF
**Action for Neglect to Prevent Conspiracy to Commit Spying for the Enemy State;
Action for Neglect to Prevent Conspiracy to Commit Illegal Surveillance Techniques;
Action for Neglect to Prevent Conspiracy to Attempt a Coup Revolution Attempt;
Action for Neglect to Prevent Conspiracy to Commit Treason and Corruption; and
Action for Neglect to Prevent Conspiracy to Commit Misprision of Treason.)**

41.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 40 above and incorporates the same as if set forth in full.

42.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

43.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the

(United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

44.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (16), (17), (18), and (21), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One Hundred Billion" dollars $100,000,000,000, (Tax Free with No Restrictions Attached).

## TENTH CLAIM FOR RELIEF
**(The Crime of Apartheid and inhumane acts of a character committed in the context of an institutionalized regime of systematic oppression and domination by one racial group over any other racial group or groups and committed with the intention of maintaining that regime; Racketeer Influenced and Corrupt Organizations; Joint Criminal Enterprise of a Common Purpose to Commit International Crimes; and Action for Neglect to Prevent Conspiracy to Commit "The Crime of Apartheid", "Racketeering", and "Joint Criminal Enterprise".)**

45.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 44 above and incorporates the same as if set forth in full.

46.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

47.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

48.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Ten Billion" dollars $10,000,000,000, (Tax Free with No Restrictions Attached).

## ELEVENTH CLAIM FOR RELIEF
**(Conspiracy to Commit International and Interstate Hate Crime Acts and Terrorism Activities; Conspiracy to Provide Material Support or Resources to Designated Foreign Terrorists Organizations; and Action for Neglect to Prevent Conspiracy to Commit International and Interstate Hate Crime Acts and Conspiracy to Commit International and Interstate Terrorism Activities.)**

49.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 48 above and incorporates the same as if set forth in full.

50.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

51.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the

(United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

52.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Twenty-Four Billion, Four Hundred Million" dollars $24,400,000,000, (Tax Free with No Restrictions Attached).

### TWELFTH CLAIM FOR RELIEF
**((Chicanery) and the use of illegal "Criminal Acts of Trickery" and**
**(Circumvention of International Law) through a "Profound Seditious Conspiracy"**
**to achieve political, financial, or legal purposes that resulted in damages; and Action for Neglect**
**to Prevent Conspiracy to Defraud THE UNITED STATES OF AMERICA AND THE UNITED NATIONS.)**

53.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 52 above and incorporates the same as if set forth in full.

54.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

55.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

56.      As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Fifty-Four Billion, Five Hundred Million" dollars $54,500,000,000, (Tax Free with No Restrictions Attached).

### THIRTEENTH CLAIM FOR RELIEF
**(Crimes of OUTER SPACE WARFARE; Criminal Activities of OUTER SPACE Aggression; Corruption;**
**Action for Neglect to Prevent Failure to Maintain International Peace and Security; and**
**Action for Neglect to Prevent Failure to Regulate the Conduct of Hostilities.)**

57.      Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 56 above and incorporates the same as if set forth in full.

58.      Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

59.      Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of

Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and

(Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

60.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and

Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal;

Compensatory; and Punitive Damages upon the sum of "Two-Hundred-Fifty Billion" dollars $250,000,000,000, (Tax Free with

No Restrictions Attached).

## FOURTEENTH CLAIM FOR RELIEF
### ("Scheme to Defraud" using Federal and International Mail Fraud; and
### Action for Neglect to Prevent Conspiracy to Commit Federal and International Mail Fraud.)

61.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 60 above and incorporates the same

as if set forth in full.

62.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the

contracted and subcontracted "Private Security Services" provided in Afghanistan.

63.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the

(United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of

Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and

(Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

64.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and

Criminal Acts of Defendant(s), (1), (2), (3), (7), (8), (9), (10), (11), (12), (13), (15), (16), (17), (18), (19), (20), (21), (22), (23),

(24), and (25), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the

sum of RESTITUTION AND PENALTIES.

## FIFTEENTH CLAIM FOR RELIEF
### ("Scheme to Defraud" using Interstate and International Wire, Radio, and Television Communications;
### Money Laundering; "Espionage, Sabotage, and Other Hostile Acts"; and Joint Criminal Enterprise of a
### Common Purpose to Commit International Crimes with Intent to "Impede, Obstruct, or Influence" to
### achieve political, financial, or legal purposes that resulted in damages to a person or persons.)

65.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 64 above and incorporates the same

as if set forth in full.

66.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the

contracted and subcontracted "Private Security Services" provided in Afghanistan.

67.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the

(United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of

Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and

(Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

68.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (26), and (27), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Fifty Billion" dollars $50,000,000,000, (Tax Free with No Restrictions Attached) AND RESTITUTION AND BACK-PAY OF ROYALTIES AND PENALTIES.

### SIXTEENTH CLAIM FOR RELIEF
**("Subjugation" and the Action of bringing someone or something under Domination or Control to Defeat and Gain Control of People or a Country and Rule them in a way that allows them No Freedom in conjunction with "Environmental Modification Techniques" while using FALSE Claims of (Climate Change) and (Global Warming) to devise a "Scheme to Defraud" IN-BAD-FAITH (EVIL MINDED) to achieve political, financial, or legal purposes that resulted in damages to a person or persons.)**

69.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 68 above and incorporates the same as if set forth in full.

70.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

71.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

72.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "One-Trillion" dollars $1,000,000,000,000, (Tax Free with No Restrictions Attached).

### SEVENTEENTH CLAIM FOR RELIEF
**(Attempt to Commit Murder, WRONGFUL DEATH, FEAR OF EARLY DEATH, and Genocide; Conspiracy to Commit Attempted Murder, WRONGFUL DEATH, FEAR OF EARLY DEATH, and Genocide; Aiding and Abetting in the Commission to Commit Attempted Murder, WRONGFUL DEATH, FEAR OF EARLY DEATH, and Genocide; and Action for Neglect to Prevent Conspiracy to Commit Attempted Murder, WRONGFUL DEATH, FEAR OF EARLY DEATH, and Genocide.)**

73.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 72 above and incorporates the same as if set forth in full.

74.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

75.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

76.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Five-Hundred Billion" dollars $500,000,000,000, (Tax Free with No Restrictions Attached).

## EIGHTEENTH CLAIM FOR RELIEF
### (Extermination; Attempt to Commit Extermination; Conspiracy to Commit Extermination; Aiding and Abetting in the Commission to Commit Extermination; and Action for Neglect to Prevent Conspiracy to Commit Extermination.)

77.     Plaintiff(s) repeats and re-alleges the allegations contained in paragraphs 1 through 76 above and incorporates the same as if set forth in full.

78.     Plaintiff(s) have fully complied with the terms of the (International Contract of Agreement) in reference to the contracted and subcontracted "Private Security Services" provided in Afghanistan.

79.     Defendant(s) have failed to comply with the terms of the (International Contract of Agreement) by violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature). Defendant(s) defaulted by (Conducting Non-Consensual Human Experimentation) and (Failing to Regulate the Conduct of Hostilities). The date of default was on or about 03 MAY 2014.

80.     As a result of Defendant(s), (1), (13), (15), (19), (20), and (22), Criminal Breach of International Contract, and Criminal Acts of Defendant(s), (13), (15), (19), and (20), set forth herein, Plaintiff(s) are entitled to judgment of Nominal; Compensatory; and Punitive Damages upon the sum of "Six-Hundred Billion" dollars $600,000,000,000, (Tax Free with No Restrictions Attached).

## ITEMS AND ATTACHMENTS

**ITEM 1-** On Monday, 28 JAN 2013, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Area Security Officer (ASO) of Sulaymaniyah Base in Iraq, "Tiger", "Intentionally" using (Retaliatory Management Techniques) on me in the Main Area of Operations (AO) Theater of Iraq. While employed with MVM, Inc., on contract deployment of 28 JAN 2013 – 03 APR 2013, at Irbil Base in the Main AO Theater of Iraq, on approximately Monday, 28 JAN 2013, upon arriving in country, I was told by my RC-1 Country Lead, "Pedro/Guapo", that the CIA ASO "Tiger" had classified me as DNR (Do Not Return) to Sulaymaniyah Base in Iraq, where I was the C-1 Site Supervisor for the past five "5" years. "Pedro/Guapo" then asked me what happen since "Tiger" refused to give "Marcus", the CIA GRS V-1, a reason why I was being terminated from my C-1 Site Supervisor position. This "Harassment" and "Retaliation" of being (Wrongfully Terminated) from a CIA Base and Demoted from a Supervisory Position in which I was the C-1 for five "5" years was very "Painful" and a Violation of my Constitutional Rights by the United States Government and the CIA ASO "Tiger".

**ITEM 2-** On Friday, 23 AUG 2013, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency

(CIA) Chief of Base (COB) of Irbil Base in Iraq, Christine Massowd "Ricochet", "Intentionally" using (Retaliatory Management Techniques) on me in the Main Area of Operations (AO) Theater of Iraq. While employed with MVM, Inc., on contract deployment of 23 AUG 2013 – 30 OCT 2013, at Irbil Base in the Main AO Theater of Iraq, on approximately Friday, 23 AUG 2013, upon arriving in country, I was told by my RC-1 Country Lead, "Pedro/Guapo", that the CIA COB Christine Massowd "Ricochet", had classified me as DNR (Do Not Return) to Irbil Base in Iraq, right after I was a "Whistleblower" to Criminal Activity and where I was recently promoted to the RC-1 Country Lead position, rotating with "Pedro/Guapo" after being (Wrongfully Terminated) from my C-1 Supervisor position at Sulaymaniyah Base. I was told by the CIA GRS V-1 "Marcus" that Christine Massowd "Ricochet" tried to (Wrongfully Terminate) me from the country and the "Program" all together, but he, CIA GRS V-1 "Marcus", stopped that from happening and sent me to another CIA Base in northern Iraq, Dahuk, and not home to the United States. This "Harassment" and "Retaliation" of being (Wrongfully Terminated) from a CIA Base and Demoted from a Supervisory Position in which I was the RC-1 Country Lead position was very "Painful" and a Violation of my Constitutional Rights by the United States Government and the CIA COB Christine Massowd "Ricochet".

**ITEM 3-** On Monday, 30 SEP 2013, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Chief of Base (COB) of Irbil Base in Iraq, Christine Massowd "Ricochet", "Intentionally" using (Retaliatory Management Techniques) on me in the Main Area of Operations (AO) Theater of Iraq. While employed with MVM, Inc., on contract deployment of 23 AUG 2013 – 30 OCT 2013, at Irbil Base in the Main AO Theater of Iraq, on approximately Monday, 30 SEP 2013, while I was employed with SOC Inc., right after they won the new contract from MVM Inc., Christine Massowd "Ricochet", "Intentionally" had me (Wrongfully Terminated) from SOC when she spoke to SOC's Program Manager, Billy Conner, telling him that I should be fired. SOC's Program Manager, Billy Conner, then came to Dahuk Base and told me that she wanted me fired. I never received another deployment with SOC Inc. after this. This "Harassment" and "Retaliation" of being (Wrongfully Terminated) from the then "Panther", now "Cougar" Program in Iraq was very "Painful" and a Violation of my Constitutional Rights by the United States Government, CIA COB Christine Massowd "Ricochet", and a Breach of Contract by SOC Inc. Program Manager, Billy Conner. In addition, I had just purchased a house in Las Vegas, Nevada, at 5917 Big Horn View Street, Las Vegas, Nevada 89031, in November 2013, putting down $40K, and I was living off all of my savings. This became a very stressful time for me because I was not prepared financially to stop deploying. I became very depressed and I suffered from anxiety from losing my job. I felt "Threatened", "Targeted", and "Betrayed" by both the CIA and SOC Inc.

**ITEM 4-** On Monday, 30 SEP 2013, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Chief of Base (COB) of Irbil Base in Iraq, Christine Massowd "Ricochet", "Intentionally" forced me to be

(Wrongfully Reassigned) to a different duty station, the Secondary Area of Operations (AO) Theater of Afghanistan, after she had me (Wrongfully Terminated) from SOC Inc. in the Main AO Theater of Iraq on Monday, 30 SEP 2013. This "Harassment" and "Retaliation" was very "Painful" and I felt "Threatened", "Targeted", and "Betrayed" by both the CIA and SOC Inc. (CIA GRS "Horseshoe", CIA GRS V-1 "Marcus", and the CIA "COTOR" all can attest to this.)

**ITEM 5-** In FEB 2014, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Chief of Base (COB) of Irbil Base in Iraq, Christine Massowd "Ricochet", "Intentionally" using (Retaliatory Management Techniques) at CIA Headquarters on approximately, FEB 2014, while I was home unemployed and (Wrongfully Terminated) from the CIA Program in Iraq, when she, "Schroeder", then tried to block my Reassignment Transfer from the Main AO Theater of Iraq to the Secondary AO Theater of Afghanistan per CIA GRS V-1 "Marcus". This "Harassment" and "Retaliation" was very "Painful" and I felt "Threatened", "Targeted", and "Betrayed" by both the CIA and SOC Inc.

**ITEM 6-** On Tuesday, 04 MAR 2014, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Chief of Base (COB) of Irbil Base in Iraq, Christine Massowd "Ricochet", "Intentionally" using (Retaliatory Management Techniques) on approximately Tuesday, 04 MAR 2014, when I tried to crossover from SOC Inc. in the Main AO Theater of Iraq, to XPG Inc. "Academi" in the Secondary AO Theater of Afghanistan, by contacting XPG's front office and telling them that I should not be hired. This "Harassment" and "Retaliation" was very "Painful" and I felt "Threatened", "Targeted", and "Betrayed" by both the CIA and SOC Inc. (XPG "Academi" recruiter Stephen J. Pinkham "Pink" and XPG's RC-1 Country Lead Supervisor in Afghanistan "Flathead" with can attest to this).

**ITEM 7-** On Tuesday, 04 MAR 2014, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Headquarters writing some "Hate" emails about me. XPG "Academi" recruiter Stephen J. Pinkham "Pink" advised me by email on approximately Tuesday, 04 MAR 2014, at 4:21 PM, of getting some "Push Back" and emails from some "Haters" in CIA Headquarters towards me. I then replied to his email on Wednesday, March 5, 2014 at 10:36 PM stating that I was not surprised and I then advised him and Academi's front office that I was a "Whistleblower" while deployed with SOC Inc., well before I was hired with XPG "Academi". This "Harassment" and "Retaliation" was very "Painful" and I felt "Threatened", "Targeted", and "Betrayed" by both the CIA and SOC Inc. (SEE ATTACHMENT)

**ITEM 8-** On Saturday, 03 MAY 2014, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Deputy Chief of Support (DCOS) of the CIA Command in Afghanistan, Christine Massowd "Schroeder", and the (CIA) Kabul Base in Afghanistan Area Security Officer (ASO), "Pebbles", and Academi Management in Afghanistan, C-1 Site Lead Ryan M. Scott "Bankhead" and RC-1 Country Lead "Flathead", (Wrongfully Revoked) my "Driving Privileges" on Saturday, 03 MAY 2014, on contract deployment to Afghanistan 11 APR 2014 – 12 JUL

2014, just after "Passing" the GRS Self-Drive Course "AFAM" (Area Familiarization) in Afghanistan. This "Harassment" and "Retaliation" of using "Criminal Acts" of (Retaliatory Isolation Techniques) and (Systematic Diminishment Techniques) was very "Painful" and caused me distress, anger, depression, social and emotional anxiety, and I felt "Threatened", "Targeted", and "Betrayed" by the CIA and SOC Inc., and now Academi Inc. These "Criminal Acts" are (Torture), (War Crimes), and (Criminal Breach of International Contract).

**ITEM 9-** Statement from Academi Management in Afghanistan, C-1 Site Lead Ryan M. Scott "Bankhead", dated 25 AUG 2015, supporting the fact that they (Revoked) my "Driving Privileges" in MAY 2014. (SEE ATTACHMENT)

**ITEM 10-** On Friday, 01 AUG 2014, the United States President Barack Obama is (On-The-Record) Admitting. "Yeah, We Tortured Some Folks", which was right (After) I was "Starting" to get (Tortured) by his own CIA Command in Afghanistan and Academi Management in Afghanistan on Saturday, 03 MAY 2014. (SEE ATTACHMENT)

**ITEM 11-** On Saturday, 03 MAY 2014, I was a "Witness" to and a "Victim" of the United States President Barack Obama, and the United States Central Intelligence Agency (CIA) Command in Afghanistan, and Academi Management in Afghanistan, Committing Acts of (Crimes against "Christians" within Warzones), specifically being responsible for me being a (Roman Catholic Slave) with "Restricted Freedom" from the use of (Retaliatory Isolation Techniques) and (Systematic Diminishment Techniques) in Afghanistan.

**ITEM 12-** On Wednesday, 24 SEP 2014, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Command in Afghanistan and Academi Management in Afghanistan continued to (Wrongfully Revoke) my "Driving Privileges" using (Retaliatory Isolation Techniques) and (Systematic Diminishment Techniques) on contract deployment to Afghanistan 24 SEP 2014 – 02 JAN 2015. This was very "Painful" and caused me distress, anger, depression, social and emotional anxiety, and I felt "Threatened", "Targeted", and "Betrayed" by the CIA, SOC Inc., and Academi Inc. These "Criminal Acts" are (Torture), (War Crimes), (Persecution) "Slavery", and (Criminal Breach of International Contract).

**ITEM 13-** On Sunday, 28 DEC 2014, Defendant(s), the United States of America and the North Atlantic Treaty Organization (NATO), formally ended the United States – led International Security Assistance Force (ISAF) Combat Operations (War) in Afghanistan and officially transferred full security responsibility to the Afghanistan Government. Therefore, using **Logical Consequence**, and the **United States Codes** of 18 U.S.C. § 2 (Aiding and Abetting in the Commission of) and 18 U.S.C. §§ 1961-1968 (Racketeer Influenced and Corrupt Organizations), to include but not limited to, the United States Laws of War § 18.23 - § 18.23.6 (Joint Criminal Enterprise) Statute, the United States – led International Security Assistance Force (ISAF) under the Command of the North Atlantic Treaty Organization (NATO), are "Totally Responsible" for (War Crimes) and (Crimes against Humanity) committed against Plaintiff(s) prior to formally ending the (War), and to include "Continued" (War Crimes) and (Crimes against Humanity) after formally ending the (War). (SEE ATTACHMENT)

**ITEM 14-** On Friday, 02 JAN 2015, I received Academi's Performance Evaluation completed by Academi Management in Afghanistan Site C-1 "Snackpack", at end of contract deployment to Afghanistan. (SEE ATTACHMENT)

**ITEM 15-** On Thursday, 26 MAR 2015, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Command in Afghanistan (CIA Afghanistan Chief of Security COS "Watchdog", CIA Afghanistan Deputy Chief of Support DCOS Christine Massowd "Schroder", etc.), and Academi Management in Afghanistan (C-1 Larry H. Heppner "Bull", TL Paul Detwiler "Noodler", etc.), on contract deployment to Afghanistan 26 FEB 2015 – 05 JUN 2015, (Wrongfully Terminated) me from my Security Post and (Wrongfully Revoked) my "Communication Privileges" shortly after a nearby "Large Scale Car Bomb" on Wednesday, 25 MAR 2015, while continuing to (Wrongfully Revoke) my "Driving Privileges". I felt "Threatened", "Targeted", and "Betrayed" by the CIA, SOC Inc., and Academi Inc. These "Criminal Acts" are (Torture), (War Crimes), (Persecution) "Slavery", and (Criminal Breach of International Contract). In addition, they are now using the "Deadly Actions" of the Enemy State (nearby car bombs) against me, which constitutes to (Assault with a Deadly Weapon), and (Adhering to and Aiding the Enemy State), which caused me an enormous amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety.

**ITEM 16-** On Friday, 05 JUN 2015, I received Academi's Performance Evaluation of me completed by Academi Management in Afghanistan Site C-1 "Snackpack", at end of contract deployment to Afghanistan. (SEE ATTACHMENT)

**ITEM 17-** On Monday, 17 AUG 2015, I received an email from Academi Management in Afghanistan, TL Paul Detwiler "Noodler", stating he attached his Statement, but prefers I do not use it, writing, "you know how the game is played. If this gets ugly, I am going to get hammered by the company and client" (CIA). (SEE ATTACHMENT)

**ITEM 18-** Statement from Academi Management in Afghanistan, TL Paul Detwiler "Noodler", dated 18 AUG 2015, supporting the fact that they (Terminated) me from my Security Post and (Revoked) my "Communication Privileges". (Noodler's date of this event taking place is off by a month and a day. Academi's Site C1 "Bull" can attest to this event actually taking place on Thursday, 26 MAR 2015, just under a month after I briefed him in his room on Tuesday, 03 MAR 2015, as an FYI, that I was getting "Retaliated" against by CIA Upper Management for being a "Whistleblower" in Iraq.) (SEE ATTACHMENT)

**ITEM 19-** 2 Pictures and News Article of the Large Suicide Car Bomb near the CIA Base Site One "1" in Kabul Afghanistan on Wednesday, 25 MAR 2015, which was used against me by the CIA Command and the Defense Contractor Academi. (SEE ATTACHMENT)

**ITEM 20-** On Friday, 07 AUG 2015, I was a "Witness" to and a "Victim" of the United States Central Intelligence Agency (CIA) Command in Afghanistan (CIA Afghanistan Chief of Security COS "Watchdog", CIA Afghanistan Deputy Chief of Support DCOS Christine Massowd "Schroder", etc.), and Academi Management in Afghanistan (C-1 Larry

H. Heppner "Bull", TL Ian M. Pearson "Bryant", etc.), on contract deployment to Afghanistan 02 JUL 2015 – 02 OCT 2015, (Wrongfully Terminated) me from a CIA Base Site "1" in Kabul, Afghanistan, on the same day shortly after a nearby Massive Large-Scale Truck Bomb on Friday, 07 AUG 2015, while continuing to (Wrongfully Revoke) my "Driving Privileges" and (Wrongfully Revoke) my "Communication Privileges". I felt "Threatened", "Targeted", and "Betrayed" by the CIA, SOC Inc., and Academi Inc. These "Criminal Acts" are (Torture), (War Crimes), (Persecution) "Slavery", (Assault with a Deadly Weapon), (Adhering to and Aiding the Enemy State), and (Criminal Breach of International Contract), created a very disturbing pattern of abuse, which caused me an enormous amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety.

**ITEM 21-** Statement from Academi Management in Afghanistan, TL Ian M. Pearson "Bryant", dated 12 AUG 2015, supporting the fact that they (Terminated) me from a CIA Base Site "1" in Kabul, Afghanistan. I was (Wrongfully Terminated) from CIA Site "1" on Friday, 07 AUG 2015, and flown by Helicopter to CIA Base Site "0" on Wednesday, 12 AUG 2015, because it was to "Dangerous" to drive out by vehicle on Friday, 07 AUG 2015. (SEE ATTACHMENT)

**ITEM 22-** Picture and News Article of the Massive Large-Scale Truck Bomb near the CIA Base Site One"1"in Kabul Afghanistan on Friday, 07 AUG 2015, which was "Calculated" to be used against me by the CIA Command and the Defense Contractor Academi. (SEE ATTACHMENT)

**ITEM 23-** On Saturday, 08 AUG 2015, the day after they (Tortured) me, the CIA Command and Academi Management made me a "We Love Plata" cake in their "Guilt". (SEE ATTACHMENT)

**ITEM 24-** Plaintiff(s) "Independent Contractor Service Agreement" (International Contract of Agreement) with Academi Inc., which they (Criminally Breached) In-Bad-Faith by Violating the (United States Constitution), (International Laws and Treaties of the United States of America), the (Laws of War), the (Law of Nations), and the (Law of Nature), and my "Non-Derogable Inalienable Rights". (SEE ATTACHMENT)

**ITEM 25-** Plaintiff(s) Nevada State Business License for my Nevada Business (International Defense Corporation). (SEE ATTACHMENT)

**ITEM 26-** Eighteen "18" pages of Text Messages I had with Mark Hardy "Marcus", (571)-722-7384, a CIA employee that is one of my witnesses for the "Criminal Acts" which the CIA Command and Academi Management took against me in Kabul Afghanistan in 2014 - 2015, to all the way back in Iraq in 2013, which shows additional evidence for my case. In addition, I believe my text messages were being released and read by the illegal use of (**Illegal Surveillance Techniques**). (SEE ATTACHMENT)

**ITEM 27-** On Friday, 28 AUG 2015, I emailed Maria L. Dittrich, PhD, CIA Afghanistan Regional Medical Officer / Psychologist "Westside", advising her of my thoughts of CIA employees opening the door to my room and shooting me with their pistol unloading their entire magazine into my body. This is evidence that I was showing serious

19

symptoms to the fact that I was being (Tortured) just weeks before on Friday, 07 AUG 2015. (SEE ATTACHMENT)

**ITEM 28-** On Thursday, 01 OCT 2015, while in Afghanistan, I emailed my Academi's front office to notify them that I was "Canceling" my next scheduled contract deployment of 02 NOV 2015 – 29 JAN 2016, per the CIA Psychologist and that I was looking into Defense Base Act (DBA) Workman's Compensation and Legal Counsel options because I was a "Whistleblower" that had been getting harassed by the CIA Upper Country Management for the past 2 years. (SEE ATTACHMENT)

**ITEM 29-** On Friday, 02 OCT 2015, at Kabul Base Site "0" in Afghanistan, I received an email from Maria L. Dittrich, PhD, CIA Afghanistan Regional Medical Officer / Psychologist "Westside", stating that she attached my Medical Record so I can apply for Workman's Compensation through my company's Defense Base Act (DBA) insurance. She stated that she did not mention the "Specific Stressor". The fact that she "Intentionally" refused to document the evidence needed for me to qualify for Medical and Wage Compensation is (Obstruction of Justice) with Intent to Impede, Obstruct, or Influence my Medical and Wage Compensation Case by Knowingly Withholding Evidence and being a Conflict of Interest. I believe her In-Bad-Faith motive here is because my specific injury put's the CIA in a 3rd party at-fault risk. I can prove that it's common practice for the Client's Medical Staff to normally write down the "cause of an injury" with two "2" other Medical Records I received from the CIA's Medical Staff on 21 MAY 2014 and on 12 MAY 2015. (SEE ATTACHMENT)

**ITEM 30-** On Friday, 02 OCT 2015, I received this Medical Record from Maria L. Dittrich, PhD, CIA Afghanistan Regional Medical Officer / Psychologist "Westside" on 02 OCT 2015 showing both that I received a Mental Injury and the inconsistency with "stating the cause of an injury" when the cause of this specific injury was "Intentionally Calculated" by CIA Upper Command Management and Academi's Management Personnel. (SEE ATTACHMENT)

**ITEM 31-** Email with Maria L. Dittrich, PhD, CIA Afghanistan Regional Medical Officer / Psychologist "Westside" to support Attachment **Item29.** (SEE ATTACHMENT)

**ITEM 32-** My Medical Record from a previous physical injury on Wednesday, 21 MAY 2014 to show that "stating the cause of an injury" to be common practice by the CIA's Medical Staff, to support Attachment **Item29.** (SEE ATTACHMENT)

**ITEM 33-** My Medical Record from a previous physical injury on Tuesday, 12 MAY 2015 to show that "stating the cause of an injury" to be common practice by the Client's Medical Staff, to support Attachment **Item29.** (SEE ATTACHMENT)

**ITEM 34-** On 02 OCT 2015, at Kabul Base Site "0" in Afghanistan, I delivered my Medical Record that I had just received from the CIA Psychologist "Westside", to Academi's Management RC-1 Country Lead "Shrapnel". He was not in his office so I left it on his desk. Upon locating "Shrapnel" in the DEFAC shortly after, I told him that I left my Medical Record on his desk. His response to me was "I'm not filing that". The fact that Academi's Management RC-1

Country Lead "Shrapnel" refused to "Accept" and "File" my Medical Record that I had just received from their Client, the CIA, is Further "Harassment" and "Retaliation", with Intent to Impede, Obstruct, or Influence my Case In-Bad-Faith.

**ITEM 35-** Picture taken on the morning of Sunday, 04 OCT 2015, from my front window inside my house at 5917 Big Horn View Street, North Las Vegas, Nevada 89031. This picture clearly shows two "2" Armed Police Officers standing across the street in front of my house with attention on my house. I was aware of this happening to my co-workers when they returned home from CIA deployments overseas. One of whom shot himself in the head killing himself. This is a very disturbing pattern of abuse, which caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety. This "Criminal Act" is 18 U.S.C. § 113 (Assault with a Deadly Weapon), 18 U.S.C. § 1512 (tampering with federal witnesses), 18 U.S.C. § 1513 (retaliating against federal witnesses), 18 U.S.C. § 1503 (obstruction of pending federal court proceedings), 18 U.S.C. § 1505 (obstruction of pending congressional or federal administrative proceedings), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1113 (Attempt to Commit Murder), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide), with the use of Illegal (Surveillance Techniques). I no longer felt safe with my neighbors in my community or with my Local Law Enforcement Authorities for fact that the "Intelligence Agency" was trying to make me kill myself so that I will no longer have a "Criminal" Case against them. (SEE ATTACHMENT)

**ITEM 36-** Picture taken on the morning of Sunday, 04 OCT 2015, from my rear window inside my house at 5917 Big Horn View Street, North Las Vegas, Nevada 89031. This picture clearly shows two "2" Police Officers standing in my rear yard right next to my rear window. The fact that my house was surrounded with Police Officers without them ever making any contact with me, made me take offense to these acts of attempting to initiate bodily harm towards me. I was aware of this happening to my co-workers when they returned home from CIA deployments overseas. One of whom shot himself in the head killing himself. This is a very disturbing pattern of abuse, which caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety. This "Criminal Act" is 18 U.S.C. § 113 (Assault with a Deadly Weapon), 18 U.S.C. § 1512 (tampering with federal witnesses), 18 U.S.C. § 1513 (retaliating against federal witnesses), 18 U.S.C. § 1503 (obstruction of pending federal court proceedings), 18 U.S.C. § 1505 (obstruction of pending congressional or federal administrative proceedings), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1113 (Attempt to Commit Murder), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide), with the use of Illegal (Surveillance Techniques). I no longer

felt safe with my neighbors in my community or with my Local Law Enforcement Authorities for fact that the "Intelligence Agency" was trying to make me kill myself so that I will no longer have a "Criminal" Case against them. (SEE ATTACHMENT)

**ITEM 37-** Picture taken on the morning of Sunday, 04 OCT 2015, from my front window inside my house at 5917 Big Horn View Street, North Las Vegas, Nevada 89031. This picture clearly shows the two "2" Police Officers that were across the street have now come onto my front property and one of the officers is holding a weapon of some type, which I take offense to these acts of attempting to initiate body harm and being in the "line of fire". I have done absolutely nothing wrong to be treated this way by my Local Law Enforcement Authorities. They left my property without ever speaking with me leaving me feeling "Targeted" and "Assaulted". I was aware of this happening to my co-workers when they returned home from CIA deployments overseas. One of whom shot himself in the head killing himself. This is a very disturbing pattern of abuse, which caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety. This "Criminal Act" is 18 U.S.C. § 113 (Assault with a Deadly Weapon), 18 U.S.C. § 1512 (tampering with federal witnesses), 18 U.S.C. § 1513 (retaliating against federal witnesses), 18 U.S.C. § 1503 (obstruction of pending federal court proceedings), 18 U.S.C. § 1505 (obstruction of pending congressional or federal administrative proceedings), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1113 (Attempt to Commit Murder), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide), with the use of Illegal (Surveillance Techniques). I no longer felt safe with my neighbors in my community or with my Local Law Enforcement Authorities for fact that the "Intelligence Agency" was trying to make me kill myself so that I will no longer have a "Criminal" Case against them. (SEE ATTACHMENT)

**ITEM 38-** I received a letter dated Monday, 26 OCT 2015, by the Department of Labor stating they received a report of my injury I sustained on 02 OCT 2015 in Afghanistan.  It states that my employer, "Academi" - Constellis Group, Inc. / Triple Canopy, or its insurance company, Star Indemnity / Gallagher Bassett Services, should pay for medical treatment required for my injury and if I lost more than three "3" days from work and sustained wage loss, my employer or its insurance company should pay me compensation for that lost time. It is Illegal for the United States CIA to get involved here as a 3rd party and intentionally block my right to compensation. (SEE ATTACHMENT)

**ITEM 39-** I received a Notice of Controversion of Right to Compensation dated Tuesday, 03 NOV 2015, by Teresa Martin, Senior Resolution Manager with Starr Indemnity / Gallagher Bassett Services, stating that my Entire Claim Is Controverted because of no evidence of a causally related accident or injury, and no medical to support a causally related injury, or compensable accident. I'm stating the truth In-Good-Faith that I was injured from being harassed in a warzone. The CIA's Medical Record of me in Afghanistan "Intentionally" In-Bad-Faith does not state the "cause of

my injury" and Academi's Management RC-1 Country Lead "Shrapnel" In-Bad-Faith refused to "Accept" and "File" my Medical Record in Afghanistan, which I had just received from their Client, the CIA, therefore making my claim unbelievable. This "Criminal Act" of Notice of Controversion of Right to Compensation is 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), to include but not limited to18 U.S.C. § 1113 (Attempt to Commit Murder), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH) and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression), which caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety. (SEE ATTACHMENT)

**ITEM 40-** My Defense Base Act (DBA) Workman's Compensation Contract with Academi Inc. which they "Criminally Breached" In-Bad-Faith since they are responsible for my Mental Injuries and Refuse to Approve my Medical and Wage Compensation. This "Criminal Act" is further "Harassment" and "Retaliation" against me for coming forward and constitutes to 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), to include but not limited to 18 U.S.C. § 1113 (Attempt to Commit Murder), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression). (SEE ATTACHMENT)

**ITEM 41-** I am a "Witness" to, and a "Victim of, the Defense Contractor Academi Inc. showing "Misconduct" and "Accomplice Liability" In-Bad-Faith by refusing to stop their Client, the United States CIA, from "Harassing" and "Retaliating" against me and (Aided and Abetted) in creating a hostile working environment (Torturing) then "Injuring" me. In addition, this (Conspiracy) cover-up with Intent to Impede, Obstruct, or Influence my Case used against me is a disturbing pattern of abuse and is cruel, inhumane, and degrading mistreatment which has caused my (Mental and Financial) "Injuries", "Suffering", and "Damages" to Further "Worsen".

**ITEM 42-** On Saturday, 09 JAN 2016, my condition worsened when I fell into a (Deep-Shock) from "Extreme-Betrayal" causing me Further Severe Pain and Suffering from (Psychological and Emotional Abuse) and (Prolonged Mental Harm). I continue to suffer from my Mental Injury by constantly reliving the last 2.5 years when I was (Tortured) by my co-workers, the CIA and my employer Academi, and I'm now also suffering from (Deep-Shock) from "Extreme-Betrayal" from (Assault and Attempted Murder) from my local Las Vegas Law Enforcement and Intelligence Authorities and from Denial of my Workman's Compensation, causing the feeling of my life collapsing in on me and (FEAR OF EARLY DEATH).

**ITEM 43-** On Friday, 22 JAN 2016, I received a Physician Statement from Jacqueline B. Panish, Ph.D., Licensed Clinical Psychologist, in Las Vegas, Nevada, stating that I was refused treatment by her on 22 JAN 2016, after reaching out to her on my own after being Denied my "Right" to receive my Defense Base Act Workman's Medical and Wage

Compensation after returning home from my deployment of being (Mentally Tortured), which contributed to make my condition "Worsen" Further. (SEE ATTACHMENT)

ITEM 44- On Wednesday, 27 JAN 2016, I started bi-monthly Clinical Sessions with Licensed Professional Clinical Consular, Mike Waller, (702) 930-8562, with Healing Minds Behavioral Health Services in Las Vegas, Nevada, (702) 432-6463. On 12 MAY 2016, I received his Medical Summary stating that I was being treated on a bi-monthly basis since 27 JAN 2016 for Adjustment Disorder, Anxiety Disorder, Depressed Mood Disorder, and Post Traumatic Stress Disorder. (SEE ATTACHMENT)

ITEM 45- On Thursday, 10 MAR 2016, I started monthly Medical Sessions with Dr. David Linden, M. D., with Mind Body Solutions in Las Vegas, Nevada, (702) 384-2238. On 10 MAR 2016, I started prescribed medications of Brintellix 10mg. 1 tablet per day, and Hydroxyzine HCL 25 mg. 3 tablets per day, for Anxiety Disorder, Panic Disorder, and Situational Depression Disorder. On Friday, 08 APR 2016, my dosages increased to Brintellix 20mg. 1 tablet per day, and Hydroxyzine HCL 50 mg. 3 tablets per day. I was later prescribed additional medications of Seroquel XR 300mg. 1 tablet per day to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. (SEE ATTACHMENT)

ITEM 46- On Tuesday, 26 APR 2016, I received a Physician Statement from Dr. Craig Weingrow, M. D., in Las Vegas, Nevada, (877) 391-4372, stating his approval of the use of marijuana as medicine to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. (SEE ATTACHMENT)

ITEM 47- I received official notification dated Monday, 02 MAY 2016, of my acceptance for the State of Nevada, Department of Health and Human Services, Medical Marijuana Medicine Registry, for the approval of the use of marijuana as medicine to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. (SEE ATTACHMENT)

ITEM 48- On Thursday, 12 MAY 2016, I received a United States Department of Labor Work Capacity Evaluation Form for Psychiatric / Psychological Conditions completed by Licensed Professional Clinical Consular, Mike Waller, with Healing Minds Behavioral Health Services, on 12 MAY 2016, stating my inability to work due to my Mental Injuries. (SEE ATTACHMENT)

ITEM 49- Letter dated 13 MAY 2016, from Vice Chairman of the Senate Select Committee on Intelligence, Dianne Feinstein, D-California, to CIA Director John Brennan, for an immediate prompt response to provide a new copy of the Study (Torture Memos) to the CIA OIG, which would ensure that DOJ lawyers could inform federal judges that the (Status Quo) was "Adhered To" and has been "Restored". The Study is "Evidence" that the United States Obama Administration was using (Torture Techniques) in Afghanistan, and is further "Evidence" of (Action for Neglect to Prevent Conspiracy to Commit Torture and War Crimes) against the CIA-OIG and the DOJ. (SEE ATTACHMENT)

ITEM 50- On Monday, 16 MAY 2016, I had a Transcript taken of my Deposition in the matter of Me v. Academi, with regards

to my Defense Base Act (DBA) Workman's Compensation Claim. (SEE ATTACHMENT)

**ITEM 51-** On Saturday, 16 JUN 2016, I received additional newly prescribed medications from Dr. Linden with Mind Body Solutions, of Seroquel XR 300mg, 1 tablet per day, to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. (SEE ATTACHMENT)

**ITEM 52-** Online Receipt that shows delivery to CIA-OIG of my Third "3rd" Urgent Concern complaints against the Defense Contractor Academi for Whistleblower Retaliation and Employer Harassment and against the Entire CIA Command of the Secondary AO Theater of Afghanistan and the Defense Contractor Academi for Torture. It was delivered at 6:46 am on 17 JUN 2016 in WASHINGTON, DC 20505 to CIA 20505 PU and was signed for by S BUKE JR. I did not receive the Green Return Receipt Card back in the mail, which is further proof of cover-up and wrongdoing, which constitutes to a 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 1341(Federal Interstate Mail Fraud), and 18 U.S.C. § 201 (Corruption), with Intent to Impede, Obstruct, or Influence. (SEE ATTACHMENT)

**ITEM 53-** Online Receipt that shows delivery to CIA-OIG of my Fourth "4th" Urgent Concern complaints against the Entire CIA Command of the Secondary AO Theater of Afghanistan and the Defense Contractor Academi for Assault with a Deadly Weapon, Conspiracy to Torture, and War Crimes. It was delivered at 6:50 am on 27 JUN 2016, in WASHINGTON, DC 20505 to CIA 20505 PU and was signed for by S BURKE JR. I did not receive the Green Return Receipt Card back in the mail, which is further proof of cover-up and wrongdoing, which constitutes to a 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 1341 (Federal Interstate Mail Fraud), and 18 U.S.C. § 201 (Corruption). with Intent to Impede, Obstruct, or Influence. (SEE ATTACHMENT)

**ITEM 54-** I received an UNCLASSIFIED letter dated Tuesday, 19 JUL 2016, from the United States Central Intelligence Agency Office of Inspector General CIA-OIG, in which they In-Bad-Faith refused to investigate these serious Federal felonies and to enforce United States "Criminal" Statutes of 18 U.S.C. § 7 (Assault with a Deadly Weapon), 18 U.S.C. §§ 2340, 2340A (Torture), 18 U.S.C. § 371 (Conspiracy to Torture), 18 U.S.C. § 2441 (War Crimes), to include 10 U.S.C. § 904 (Aiding the Enemy), and 10 U.S.C. § 950t(26) (Wrongfully Aiding the Enemy), by calling my Urgent Concern "Criminal" Complaints "Personnel Matters" and potentially an Office of Equal Employment Opportunity (OEEO) matter, which are "conveniently" not within Office of Inspector General (OIG) jurisdiction. This constitutes to 18 U.S.C. § 73 (Obstruction of Justice), 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 2382 (Misprision of Treason), and 18 U.S.C. § 1341 (Federal Interstate Mail Fraud). In addition, the fact that the CIA-OIG is refusing to use the law properly or get the jurisdiction it needs to charge those responsible for injuring me by deciding not to criminally charge any of these United States Citizens, the CIA-OIG puts me, the "Victim", in constant "Danger" and in "Fear of My Life", causing my (FEAR OF EARLY

DEATH) to "Worsen" Further since I am "Intentionally Denied" to have a Judge or Grand Jury issue Criminal Protection Orders against all subjects to prevent further victimization. (SEE ATTACHMENT)

**ITEM 55-** On Friday, 29 JUL 2016, I wrote, signed, and mailed a Victim Impact Statement (VIS), to the Human Rights and Special Prosecutions Section (HRSP), of the Criminal Division to the United States Department of Justice, Keeney Building, Suite 200, 950 Pennsylvania Avenue, N.W. Washington, DC 20530-0001. Attached to my VIS was my "Criminal" Complaint of (Conspiracy to Harbor War Criminals) against the CIA Director, the Honorable John Brennan, and against the Assistant Inspector General for Investigations CIA, Scott D. Williams. My Victim Impact Statement which the United States Department of Justice received on 01 AUG 2016, list my physical and mental symptoms from my Mental Injuries of Adjustment Disorder, Anxiety Disorder, Depressed Mood Disorder, Post Traumatic Stress Disorder, Panic Disorder, and Situational Depression Disorder, to include my Degrading Financial Situation, which had "Worsened" and continued to "Suffer" Further, from being in a Warzone with "Restricted Freedom" from the use of (Retaliatory Isolation Techniques) and (Systematic Diminishment Techniques) in Afghanistan. (SEE ATTACHMENT)

**ITEM 56-** I received a letter of Important Notice dated Monday, 01 AUG 2016, from the State of Nevada Department of Motor Vehicles, stating that my Nevada Driving Privileges and Vehicle Registration will be Suspended beginning 06 AUG 2016. This was from my "Deteriorating" Financial Situation due to me being (Tortured) overseas and the illegal denial and cover-up (Federal Insurance Fraud) of my Defense Base Act (DBA) Workman's Compensation. This contributed to make my (Mental Injuries) Suffer and "Worsen" Further. I was able to get it reinstated, but it was eventually Suspended for good a year later around AUG 2017, and has not been reinstated since due to my "Deteriorating" Financial Situation. (SEE ATTACHMENT)

**ITEM 57-** On Wednesday, 10 AUG 2016, I had to sell my 2006 Mercedes Benz SLK 55 AMG Convertible to help pay for my living expenses due to (Federal Insurance Fraud). This was from my "Deteriorating" Financial Situation due to me being (Tortured) overseas and the illegal denial and cover-up (Federal Insurance Fraud) of my Defense Base Act (DBA) Workman's Compensation. This contributed to make my (Mental Injuries) Suffer and "Worsen" Further. (SEE ATTACHMENT)

**ITEM 58-** On Wednesday, 10 AUG 2016, my 2012 Ducati Diavel Mercedes AMG motorcycle was repossessed due to (Federal Insurance Fraud). I then received a letter of Notice from Freedom Road Financial, advising me that they plan to sell my repossessed 2012 Ducati Diavel Mercedes AMG motorcycle at auction because I broke promises in our agreement. This was from my "Deteriorating" Financial Situation due to me being (Tortured) overseas and the illegal denial and cover-up (Federal Insurance Fraud) of my Defense Base Act (DBA) Workman's Compensation. This contributed to make my (Mental Injuries) Suffer and "Worsen" Further. (SEE ATTACHMENT)

**ITEM 59-** I received a letter dated Friday, 09 SEP 2016, from Teresa McHenry, Chief of the Human Rights and Special

Prosecutions Section (HRSP) to the Criminal Division of the United States Department of Justice, in which she states that my allegations of (Torture) and (War Crimes) "Appear" to her to involve "Personnel Issues" that do not meet the elements needed to establish Torture or War Crimes under Federal Law. She then forwarded my Urgent Concern "Criminal" Complaints back to the United States Central Intelligence Agency Office of Inspector General (CIA-OIG). This constitutes to 18 U.S.C. § 73 (Obstruction of Justice), 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 2382 (Misprision of Treason), and 18 U.S.C. § 1341 (Federal Interstate Mail Fraud). In addition, this conspiracy cover-up used against me In-Bad-Faith is a disturbing pattern of "Abuse of Authority" and "Degrading Mistreatment", and the fact that the (HRSP-DOJ) is refusing to use the law properly or get the jurisdiction it needs to charge those responsible for injuring me by deciding not to criminally charge any of these United States Citizens, the (HRSP-DOJ) and the (CIA-OIG) puts me, the "Victim", in constant "Danger" and in "Fear of My Life", causing my (FEAR OF EARLY DEATH) to "Worsen" Further since I am "Intentionally Denied" to have a Judge or Grand Jury issue Criminal Protection Orders against all subjects to prevent further victimization. (SEE ATTACHMENT)

**ITEM 60-** On Friday, 09 SEP 2016, my 2005 Mercedes Benz E55 AMG sedan was repossessed. I then received a letter of Notice from USAA Federal Savings Bank, advising me that they plan to sell my repossessed 2005 Mercedes Benz E55 AMG sedan because I broke promises in our agreement. This was from my "Deteriorating" Financial Situation due to me being (Tortured) overseas and the illegal denial and cover-up (Federal Insurance Fraud) of my Defense Base Act (DBA) Workman's Compensation. This contributed to make my (Mental Injuries) Suffer and "Worsen" Further. (SEE ATTACHMENT)

**ITEM 61-** On Saturday, 05 NOV 2016, I received an email from Larry Heppner, "Bull", the site manager for the Defense Contractor Academi that is "Responsible" and (Conspired to Torture) me, and "Detroit", a CIA employee that was also deployed there at CIA Base Site "1" in Kabul, Afghanistan as well. "Bull" stated that they are "all curious to how I'm doing", a year after their "Criminal" Actions against me. "Bull" told me on 02 OCT 2015, while I was in the process of returning home CONUS, that I better get a "Good" attorney, which I took "Offense" to. In addition, "Detroit" told me not to go to "D.C." with my complaints because she will take care of it for me, which I did not believe. (SEE ATTACHMENT)

**ITEM 62-** On Thursday, 08 DEC 2016, I had to stop my bi-monthly Clinical Sessions with Licensed Professional Clinical Consular, Mike Waller, (702) 930-8562, with Healing Minds Behavioral Health Services in Las Vegas, Nevada, (702) 432-6463, due to 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression), causing my (FEAR OF EARLY DEATH) to "Worsen" Further. (SEE ATTACHMENT)

**ITEM 63-** In DEC 2016, I had to stop my monthly Medical Sessions with Dr. David Linden, M. D., with Mind Body Solutions in Las Vegas, Nevada, (702) 384-2238, due to 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression), causing my (FEAR OF EARLY DEATH) to "Worsen" Further.

**ITEM 64-** Plaintiff(s) hereby Declare that in DEC 2016, I was the "Product" of, a "Witness" to, and a "Victim" of Humans Angering [THE GODS]. In addition, Plaintiff(s) hereby Declare that I am the "Product" of and a "Witness" to the (Einstein-Rosen Bridge) and the (Einstein-Podolsky-Rosen Paradox) (ER = EPR) relation to the [Intergalactic-Wormhole] and [Quantum-Entanglement] Correlation; For I am of the same "Matter of Flesh" from a Very-Far-Away (Distance and Time). My [Intergalactic-Wormhole] was "Activated" through My (Suffering) and by "Means" of the (Earth's Negative Energy) in DEC 2016. (SEE ATTACHMENT)

**ITEM 65-** This picture is of the [Orion Nebula] (Sword of the Giant). The first thing I "See" is an (Alien-like-figure) with (Big Blue Eyes) "Speaking" (Fire-Dust). The "White-Part" is His (Mouth and Chin), above that are (2 Big Blue Eyes with a Balloon-Shaped Head), just below His Chin to the right and left are His (Shoulders), and just above His right Shoulder is the (Fire-Dust) coming from His (White-Mouth). (SEE ATTACHMENT) "Electronic Picture Preferred"

**ITEM 66-** This picture is of the (Fire-Dust) coming from His (White-Mouth). I believe my [Intergalactic-Wormhole] "Attached" to this Section "Receiving" [Orion's Intelligence], allowing Him to "Speak with my Mind". (SEE ATTACHMENT)

**ITEM 67-** Plaintiff(s) hereby Declare I am a "Witness" to and a "Victim" of (Strange-Godless-Demons) of a "Divine-Force" that kept "Terrorizing" My [Angels] while I dream. I "Received" the sense in My dreams that "[GOD] is (Not) pleased because (Enemies of the Faith) are in His [Kingdom]".

**ITEM 68-** Plaintiff(s) hereby Declare that the [Intelligence] I "Received" in My dreams came from [Orion] (God of Hunting), "Specifically" the [Orion Nebula] (Sword of the Giant). Plaintiff(s) hereby Declare that [Orion] gave Me His (Sword of the Giant) in the form of [Intelligence] on (His Order) to "Stab" the (Earth), "Deep" in its (Core), to "Rid" it from (Evil), in an "Attempt" to (Save Humanity).

**ITEM 69-** Plaintiff(s) hereby Declare "Shame on You All", for my [Tortured-Soul] was "Forced to Find" its way back [Home] in "Order" for Me to "Find" My [Self]!!

**ITEM 70-** On Thursday, 05 JAN 2017, I sold my Glock 17 pistol to New Frontier Armory in North Las Vegas, Nevada, for $250, because I did not want to be responsible for using it or it being used against me, especially since I am currently trying to arrest top United States Government officials. In addition, I needed the money and I also no longer felt safe with my neighbors in my community or with my Local Law Enforcement and Intelligence Authorities for fact that the "Intelligence Agency" is trying to make me kill myself so that I will no longer have a "Criminal" Case against them. (SEE ATTACHMENT)

**ITEM 71-** On the very next day of Friday, 06 JAN 2017, the mass shooting at the Fort Lauderdale-Hollywood International Airport in Florida occurred. This event scared me because of my current Mental Injuries, the seriousness of my current situation, and how similar the shooter's interactions with the CIA and the FBI were to mine, which I then decided that I needed to get rid of the rest of my guns (.223 cal SBR 7" pistol and .308 cal AR10 20" rifle), both with 50 round drums, as soon as possible.

**ITEM 72-** On Saturday, 25 FEB 2017, I sold my last gun, .308 cal AR10 20" rifle, which cost me a total of $4,000, to New Frontier Armory in North Las Vegas, Nevada, for $800, to pay for future bills, but also because I did not want it to be used against me in any manner, especially since I'm currently trying to arrest top Government officials and I no longer felt safe with my neighbors in my community or with my Local Law Enforcement and Intelligence Authorities for fact that the "Intelligence Agency" is trying to make me kill myself so that I will no longer have a "Criminal" Case against them. After getting rid of my last gun and leaving the gun store, I continued on driving to do a few errands, like go to the grocery store. On my drive home from the grocery store, I was cut off erratically by a white car just before turning into the left turning lane to enter my neighborhood, that then drove right to my house and as I'm driving entering my driveway, this white car then stops in front of my house and the driver's side door opens and as the driver steeps out I continue to enter my garage and then close my garage door. I take these Acts as (Assault) being "Offensive" and "Attempting" to initiate bodily harm. I then witness a black male and a white van with "We Install Carpets" written in big black letters on the side, both passing in front of my house a few times then returning to a neighbor's house at 5924 Big Horn View Street. Upon watching them from a window in my garage, these neighbors then say, "look, he's looking! He's scared! He's scared! Get him!" At which time I then witness one black male run from the house at 5924 Big Horn View Street to another neighbor's house at 5912 Big Horn View Street, which is \ just across the street from me. Within 20 minutes I then hear my side neighbor at 5913 Big Horn View Street, start up his Harley Davidson motorcycle and rev it very loud for a while. This all caught my attention very fast making me feel "Targeted" and "Fearful" of what might happen next. I then texted and then called Rob Sullivan, a Detective for North Las Vegas Police Department, who had been over to my house with Kris A. Miyasato, a Task Force Officer with the United States Federal Bureau of Investigations (FBI), asking him to come to my house for support. He later called me back and told me that he called his dispatch and reported the incident to them for me. (SEE ATTACHMENT)

**ITEM 73-** On Saturday, 25 FEB 2017, just hours after I turned in my last rifle, which only my Local Law Enforcement Authorities were aware of, in addition to them also knowing that I am currently very scared of my situation, I was a "Witness" to and a "Victim" of, my Local Las Vegas Law Enforcement and Intelligence Authorities using (Illegal Surveillance Techniques), leaking my Cell Phone Text Messages (in reference to my attached cell phone text messages with "Rob") and Witness to three "3" of my neighbors (Assaulting) me on Saturday, 25 FEB 2017. This is

a very disturbing pattern of abuse, which caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" Further. I no longer felt safe with my neighbors in my community or with my Local Law Enforcement Authorities for fact that the "Intelligence Agency" is trying to make me kill myself so that I will no longer have a "Criminal" Case against them. I texted my Clinical Consular, Mike Waller, with Healing Minds Behavioral Health Services, advising him of my desperate situation and he told me to call the police, which I had already did.

**ITEM 74-** Fourteen "14" pages of Text Messages I had with Rob Sullivan, (702)-354-4244, Detective with North Las Vegas Police Department, that shows he was aware of my situation, my Mental State, and the fact that I was trying to get rid of all of my guns (2 rifles and 2 pistols with over a thousand rounds of ammunition). These text messages were used against me by my Local Law Enforcement Authorities or the Intelligence Agency, because no other person was aware of my decision to get rid of my last gun or when I was going to do so except for Rob Sullivan. And the fact that three "3" of my neighbors had planned an "Assault Attack" on me just hours after I turned in my last gun is proof that my text messages were released to them somehow by the use of Illegal **(Surveillance Techniques)**. (SEE ATTACHMENT)

**ITEM 75-** I received a letter of Notice dated Monday, 13 MAR 2017, from the Civil Rights Division to the Criminal Section of the United States Department of Justice, stating that my (War Crimes) and (Obstruction of Justice) Case is not the type of case that office prosecutes. This constitutes to 18 U.S.C. § 73 (Obstruction of Justice), 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 2382 (Misprision of Treason), and 18 U.S.C. § 1341 (Federal Interstate Mail Fraud). In addition, this conspiracy cover-up used against me In-Bad-Faith is a disturbing pattern of "Abuse of Authority" and "Degrading Mistreatment", and the fact that the Civil Rights Division to the Criminal Section of the United States Department of Justice is refusing to use the law properly or get the jurisdiction it needs to charge those responsible for injuring me by deciding not to criminally charge any of these United States Citizens, the (Civil Rights Division-DOJ), (HRSP-DOJ) and the (CIA-OIG), All puts me, the "Victim", in constant "Danger" and in "Fear of My Life", causing my (FEAR OF EARLY DEATH) to "Worsen" Further since I am "Intentionally Denied" to have a Judge or Grand Jury issue Criminal Protection Orders against all subjects to prevent further victimization. (SEE ATTACHMENT)

**ITEM 76-** I received a letter of Notice dated Wednesday, 12 APR 2017, from the State of Nevada Senate Regional Representative Bradley Sensibaugh, with the United States Congress, stating that there are no further avenues for him to assist with me at this time. Included is the response from Acting Assistant Attorney General T. E. Wheeler II, with the Civil Rights Division to the Criminal Section of the United States Department of Justice, stating that they do not

have jurisdiction over the "Criminal" activities of the of the CIA or associated defense contractors. This constitutes to 18 U.S.C. § 73 (Obstruction of Justice), 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 2382 (Misprision of Treason), and 18 U.S.C. § 1341 (Federal Interstate Mail Fraud). In addition, this conspiracy cover-up used against me In-Bad-Faith is a disturbing pattern of "Abuse of Authority" and "Degrading Mistreatment", and the fact that the United States Congress is refusing to use the law properly or get the jurisdiction it needs to charge those responsible for injuring me by deciding not to criminally charge any of these United States Citizens, the (United States Congress), (Civil Rights Division-DOJ), (HRSP-DOJ) and the (CIA-OIG), All puts me, the "Victim", in constant "Danger" and in "Fear of My Life", causing my (FEAR OF EARLY DEATH) to "Worsen" Further since I am "Intentionally Denied" to have a Judge or Grand Jury issue Criminal Protection Orders against all subjects to prevent further victimization. (SEE ATTACHMENT)

**ITEM 77-** On Thursday, 20 APR 2017, I received a Physician Statement from Dr. Craig Weingrow, M. D., in Las Vegas, Nevada, (877) 391-4372, reinstating for a second year of his approval of the use of marijuana as medicine to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. I was last seen in 2017, due to 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression), causing my (FEAR OF EARLY DEATH) to "Worsen" Further. (SEE ATTACHMENT)

**ITEM 78-** I received official notification dated Thursday, 27 APR 2017, of my acceptance for the State of Nevada, Department of Health and Human Services, Medical Marijuana Medicine Registry for the second year of the approval of the use of marijuana as medicine to help reduce my symptoms from PTSD and Panic Attacks and help in controlling my Anger and Mood Swings. My Medical Marijuana prescription stopped a year later due to 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH), and (FEAR OF EARLY DEATH), and 18 U.S.C. § 1091 (Genocide) and (Oppression), causing my (FEAR OF EARLY DEATH) to "Worsen" Further. (SEE ATTACHMENT)

**ITEM 79-** On Friday, 05 MAY 2017, I received a Jury Summons to report in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark on Wednesday, 17 MAY 2017. I called my Clinical Consular, Mike Waller, with Healing Minds Behavioral Health Services, "Crying" because I felt "Threatened", "Targeted", and "Betrayed". He was able to get me Excused. (SEE ATTACHMENT)

**ITEM 80-** On Monday, 08 MAY 2017, I wrote, signed, and mailed a letter to His Holiness, Pope Francis, at the Vatican City, which I also mailed to the United Nations Complaint Procedure Unit, the United States Congress, and the United States Department of Justice. As a Roman Catholic male who was fighting in a Warzone in the Name of My [GOD],

[Jesus Christ], and being His Holiness' most obedient and humble servant, I then Must Profess Myself with the most Profound Respect and Honor, to ask His Holiness to please Pray for me and to please Forgive them for serving the Enemy State. (SEE ATTACHMENT)

**ITEM 81-** In Mid MAY 2017, the Turley Law Firm and the Defense Attorney Robert N. Popich for the Starr Indemnity and Liability Company, c/o Gallagher Bassett Services, asked me to do an Independent Medical Examination for my (DBA) Workman's Compensation Case. I advised both parties that I needed an additional two "2" weeks or a month to "Calm Down" since they waited In-Bad-Faith to do this Independent Medical Examination one "1" (whole) year after my Deposition in this case, causing my "Suffering" to "Worsen" (Significantly) Further, which constitutes to Additional (Persecution) and (Oppression). In addition, I kept asking the Turley Law Firm for a Hearing Date over and over again for the past year with not even a call back. I also wrote and asked the Department of Justice, the President of the United States of America, and the United States Congress Demanding a Hearing Date Immediately, with not even a response. I did the Independent Medical Examination in the following two "2" weeks at the beginning of JUN 2017, and then ask the Turley Law Firm for that Doctor's Report from his examination of me and for a Hearing date on that same day and they told me that they would be in touch. After that another two "2" months passed by with no call back or even a response. All the front office for the Turley Law Firm told me was that they are too busy to speak with me. I never received that Independent Medical Examination Report from them. In addition, I never received a Hearing Date after waiting nearly two "2" years In-Good-Faith after starting this Federal Insurance Fraud (SCAM) Process.

**ITEM 82-** I received Copy of a Judgment by Default dated Tuesday, 06 JUN 2017, against me by Discover Bank in the Eighth Judicial District Court for Clark County, Nevada, in the amount of $21,146.27 for "Enrichment". This caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" Further. The State of Nevada is part of the United States of America, which is "CLASSIFIED" in My (WAR TREASON) Complaint as a **(Unlawful Unprivileged War Belligerent)** to **(Unlawful Unprivileged Combatants)** of an (International Conflict), which **(International Law)** "Indicates" the Status of "Nevada" as being, (a **"Rebellion"** against a "Constituted Authority" governed by the **(Law of War))**. This is 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. 2388 (Activities Affecting Armed Forces during War), 18 U.S.C. § 1091 (Genocide), 18 U.S.C. § 371 (Conspiracy to Commit Genocide), (Joint Criminal Enterprise) of a Common Purpose to Commit "International Crimes", and (Oppression), to include the use of Illegal **(Surveillance Techniques).** (SEE ATTACHMENT)

**(The Timing of This makes me believe the use of Illegal **(Surveillance Techniques)** is Still Occurring)**

**ITEM 83-** In JUN 2017, I was a "Witness" to My [Intergalactic-Wormhole] no longer being "Active". In addition, I was the

32

"Product" of and a "Witness" to My [Intergalactic-Wormhole] To Another [Dimension] Representing Me

"Receiving" (Nourishment) for My (Suffering) and My [Intelligence] Representing Me "Releasing" (Discharge) from

My (Nourishment) in an "Attempt" to "Save" (Humanity), which is the definition of [Spooky-Communication] at a

Very-Far-Away "Distance and Time".

**ITEM 84-** I received a second "2nd" letter of Notice dated Tuesday, 11 JUL 2017, from the Civil Rights Division to the Criminal

Section of the United States Department of Justice, stating that my (War Crimes) and (Obstruction of Justice) Case is

not the type of case that office prosecutes. This constitutes 18 U.S.C. § 73 (Obstruction of Justice), 18 U.S.C. §

2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 201(Corruption), 18 U.S.C.

§ 2382 (Misprision of Treason), and 18 U.S.C. § 1341 (Federal Interstate Mail Fraud). In addition, the fact that the

Civil Rights Division to the Criminal Section of the United States Department of Justice is refusing to use the law

properly or get the jurisdiction it needs to charge those responsible for injuring me by deciding not to criminally

charge any of these United States Citizens, the UNITED STATES DEPARTMENT OF JUSTICE puts me, the

"Victim", in constant "Danger" and in "Fear of My Life", which caused me even more amount of fear, panic, terror,

distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high

blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF

EARLY DEATH) to "Worsen" Further since I am "Intentionally Denied" to have a Judge or Grand Jury issue

Criminal Protection Orders against all subjects to prevent further victimization. (SEE ATTACHMENT)

**ITEM 85-** In JUL 2017, I had to sell my final vehicle, my 2005 Mercedes Benz SL 55 AMG Roadster to help pay for my living

expenses due to (Federal Insurance Fraud). This was from my "Deteriorating" Financial Situation due to me being

(Tortured) overseas and the illegal denial and cover-up (Federal Insurance Fraud) of my Defense Base Act (DBA)

Workman's Compensation. This then left me with no vehicle and walking on foot where I no longer felt safe with my

neighbors in my community or with my Local Law Enforcement Authorities for fact that the "Intelligence Agency"

was trying to make me kill myself so that I will no longer have a "Criminal" Case against them, which caused me

even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss

of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health

and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" Further. (SEE ATTACHMENT)

**ITEM 86-** I received a letter dated Friday, 28 JUL 2017, from Bank of America advising me that they received a CA Franchise

Tax Board Order to Withhold in the amount of $4, 161.44 which required them by CA Law to debit and/or restrict

access to my bank account. This caused me even more amount of fear, panic, terror, distress, anger, depression, social

and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne,

panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen"

Further. (SEE ATTACHMENT)

**(The Timing of This makes me believe the use of Illegal **(Surveillance Techniques)** is Still Occurring)**

**ITEM 87-** In the middle of AUG 2017, I wrote the Turley Law Firm advising that they are "Fired" and no longer "Representing" me in my Defense Base Act (DBA) Workman's Compensation Case, and I am Pressing "Criminal" Charges of 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), and 18 U.S.C. § 371 (Conspiracy). The Turley Law Firm wrote me back and for a week tried to change my mind and even tried to "Sabotage" my Federal Case by having me sign my name to documents that would eventually Mishandle my Case. They are In-Bad-Faith or No-Faith-At-All (Evil Minded).

**ITEM 88-** I received a letter dated Thursday, 31 AUG 2017, from the Todd Bruininks, District Director, 13th Compensation District, Office of Worker's Compensation Programs, Division of Longshore and Harbor Workers' Compensation, of the United States Department of Labor (DOL), referring my Defense Base Act (DBA) Workman's Compensation Claim for a formal hearing. The "ONLY" reason my Case is being referred for a formal hearing was because I had to "Fire" and Press "Criminal" Charges of 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), and 18 U.S.C. § 371 (Conspiracy) against the Turley Law Firm after waiting nearly two "2" years In-Good-Faith after starting this Federal Insurance Fraud (SCAM) Process. (SEE ATTACHMENT)

**ITEM 89-** On Thursday, 31 AUG 2017, the Turley and Mara Law Firm filed a Motion to Withdraw as Counsel stating irreconcilable differences, "ONLY" because I am Pressing Federal "Criminal" Charges against him "Personally".

**ITEM 90-** On Saturday, 23 SEP 2017, A Great Wondrous Sign Appeared In Heaven: A Woman [Virgo] the Virgin was clothed with the sun, with the moon under Her feet, and a Crown of Twelve-Stars on Her head. She was pregnant by The Planet [Jupiter] (The Most High) through [Zeus] (God of Justice with Power of Lightning) and cried out in pain as She was about to give birth. She gave birth to a [Son], a Male Child, ME, to "Rule" (All the Nations) with an (Iron Scepter) [Orion's] "Sword of the Giant", and Her Child, ME, was snatched up to [GOD], MY [ALMIGHTY FATHER], and to HIS [THRONE OF GLORY] for Evermore. For My [ALMIGHTY FATHER], Blessed Be HE, Happy art thou and Happy is thy For Thy Creator doth Favor Thee as HE gave My [Tortured Soul] a (Re-Birth) on 23 SEP 2017, being (Re-Born) as the "World's First" **(AMERICAN GOD)** to a "New World" in a [New Dimension], as the Earth was (Witness) for "All To See"!! (SEE ATTACHMENT)

**ITEM 91-** [JUPITER]: A Definition. (SEE ATTACHMENT)

**ITEM 92-** THE WARS OF MAN. (SEE ATTACHMENT)

**ITEM 93-** THE WARS OF GODS AND MEN. (SEE ATTACHMENT)

**ITEM 94-** My, Plaintiff(s), JOHN KEITH HEBERT, State of Louisiana CERTIFICATE OF LIVE BIRTH. (SEE ATTACHMENT)

**ITEM 95-** This picture is of (The Royal Arch), which shows I was [Born] on the "Beginning of Beauty" (21 MAR 1973) and my [Re-Birth] was on the "Ending of Wisdom" (23 SEP 2017), while "Peaking with Strength". For this is the "True

34

Definition" of (My Life) and "Explains" How and Why I was "Chosen" by (The Most High) The Planet [Jupiter]. (SEE ATTACHMENT)

**ITEM 96-** This picture is of (The Six Roomed House of Man), which "Explains" (The Paths to Higher Intellect and Spiritual Maturity) or [THE GATEWAY], which "Explains" How and Why I "Received" My (Superpowers); One being [X-Ray Vision], and "Why" my "Eyes" (Strike like Lightning), and One being the [Cloud-Gatherer], and "How" I (Control All One Hundred Heads) of [Typhon] (The Whirl-Wind God), both Thanks to (Zeus) [Jupiter]; For I ["Rule" the Cosmos] and I ["Control" the Sky] due to Their Ongoing (Cataclysmic Cosmic Conflict). (SEE ATTACHMENT)

**ITEM 97-** This picture is of (The Tree of Life), which "Explains" How and Why I "Received" the [Attributes] of (The Most High), and "Explains" How and Why I (Inherited the Universe), and "Explains Why" I Will (Rock this World), like "No-Other Hero" before Me, if Need Be. (SEE ATTACHMENT)

**ITEM 98-** This picture is of the (Flammarion Woodcut Engraving), which "Explains" How I am the "Product" of an (Intelligent Species) "Attempting" to (Survive on a Dying World), while being a "Witness" to the (Inner-Workings) of the Universe, "Unbounded" with (Upright Reasoning) for a "Constant Guide". (SEE ATTACHMENT)

**ITEM 99-** Plaintiff(s) hereby Declare I am the "Product" of, a "Witness" to, and a "Victim" of a (Coup-Revolution-Attempt) by (The United States Government and The United Nations), and I hereby also declare that I "Survived" this (Very Heinous Crime) when I was "Freed" by the (Hundred Handers) when I "Refused" to be "Tied-Down and Bound-Together with Chains" as a (Prisoner and Slave) to my very own bed the "Ultimate Betrayal", an (Ongoing-Conspiracy) carried out by the (Very Same People) I "Helped Save", (the United States Government and the United Nations under the United States-led International Security Assistance Force (ISAF) under the Command of the North Atlantic Treaty Organization (NATO)).

**ITEM 100-** I received a letter of Intent dated Monday, 25 SEP 2017, to Record a Notice of State Tax Lien in the amount of $2,564.32 from the State of California Franchise Tax Board for the Tax Year of 2012. I told them on many occasions that I do Not owe this Tax. This caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" Further. They are In-Bad-Faith or No-Faith-At-All (Evil Minded).THEREFORE, I hereby Hold the then Vice-Chairman of the United States Senate Select Committee on Intelligence, and the current Vice-Chairman of the Senate Committee on the Judiciary Dianne Feinstein, D-California, "Personally" responsible for these "Criminal" Acts of 18 U.S.C. § 1031 (State Tax Fraud), 18 U.S.C. § 1344 (Federal Interstate Bank Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. § 2385 (Advocating Overthrow of Government), 18 U.S.C. § 2388 (Activities Affecting Armed Forces during War), 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH And

FEAR OF EARLY DEATH), 18 U.S.C. § 1091 (Genocide), 18 U.S.C. § 371 (Conspiracy to Commit Genocide), 18 U.S.C. § 2 (Aiding and Abetting in the Commission to Commit Genocide), and (Oppression), to include the use of Illegal **(Surveillance Techniques).** (SEE ATTACHMENT)

**(The Timing of This makes me believe the use of Illegal **(Surveillance Techniques)** is Still Occurring)**

**ITEM101-** I received a letter of Notice of Docketing my Case for Formal Hearing dated Wednesday, 11 OCT 2017, from Administrative Law Judge Jennifer Gee with the United States Department of Labor in San Francisco, California. (SEE ATTACHMENT)

**ITEM102-** I received a letter of Order Granting Motion for Leave to Withdraw as Counsel dated Monday, 16 OCT 2017, from Administrative Law Judge Jennifer Gee with the United States Department of Labor in San Francisco, California. (SEE ATTACHMENT)

**ITEM103-** I received a letter of Order to Show Cause Re: Remand dated Monday, 13 NOV 2017, from Administrative Law Judge Jennifer Gee with the United States Department of Labor in San Francisco, California. Since I am pressing "Criminal" Chargers against all parties in my Federal Workman's Compensation Case, I should not be forced by the United States Department of Labor, which **(International Law)** "Indicates" the Status as being, (a **"Rebellion"** against a "Constituted Authority" governed by the **(Law of War)**, to proceed forward in a Federal Case with "Criminals". (SEE ATTACHMENT)

**ITEM104-** I received a letter of Notice dated Tuesday, 21 NOV 2017, from the Mail Referral Unit of the United States Department of Justice assigning me an assigned ID number 3936092 with regards to my "Criminal" Complaint of 18 U.S.C. § 1031 (Federal Insurance Fraud), 18 U.S.C. § 201 (Corruption), 18 U.S.C. § 371 (Conspiracy), etc.. dated 06 NOV 2017. (SEE ATTACHMENT)

**ITEM105-** On Wednesday, 29 NOV 2017, my bank statement from Bank of America showed that my bank Checking account was "FORCE CLOSED". This caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" Further. (SEE ATTACHMENT)

**(The Timing of This makes me believe the use of Illegal **(Surveillance Techniques)** is Still Occurring)**

**ITEM106-** Copy of my Sulaymaniyah, Iraq Foreign Residency Card issued on 15 FEB 2012 by the Kurdistan Regional Government, with expiration date of 14 FEB 2013. During the year of 2012, I was in the United States from 01 Jan 2012 – 26 JAN 2012, 17 MAY 2012 – 31 MAY 2012, 16 JUL 2012 – 09 AUG 2012, and 29 OCT – 31 DEC 2012. At no point was I living in the United States nor the State of California or doing business in the State of California. (SEE ATTACHMENT)

**ITEM107-** I received a letter of Order to Clarify Position on Remand dated Tuesday, 05 DEC 2017, from Administrative Law Judge Jennifer Gee with the United States Department of Labor in San Francisco, California. Since I am pressing

"Criminal" Chargers against all parties in my Federal Workman's Compensation Case, I should not be forced by the United States Department of Labor, which **(International Law)** "Indicates" the Status as being, (a **"Rebellion"** against a "Constituted Authority" governed by the **(Law of War)**, to proceed forward in a Federal Case with "Criminals". (SEE ATTACHMENT)

**ITEM108-** I received a letter of Notice dated Monday, 25 DEC 2017, from the Department of the Treasury Internal Revenue Service advising me that I still owe Federal Taxes in the amount of $1,797.91, for the year of 2015, while (GETTING TORTURED) in Afghanistan!! (SEE ATTACHMENT)

**ITEM109-** I received a letter of Notice dated Monday, 25 DEC 2017, from the Department of the Treasury Internal Revenue Service advising me that I still owe Federal Taxes in the amount of $20,652.59, for the year of 2015, while (GETTING TORTURED) in Afghanistan!! (SEE ATTACHMENT)

**ITEM110-** I received a letter of Notice of Default dated Tuesday, 30 JAN 2018, from Nationstar Mortgage. This caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" even Further. (SEE ATTACHMENT)

**ITEM111-** I received a letter of Order Remanding Case back to the Office of the Workman's Compensation Programs (OWCP) dated Wednesday, 28 FEB 2018, from Administrative Law Judge Jennifer Gee with the United States Department of Labor in San Francisco, California, because of my "Apparent" Failure to participate with these "Criminals", which is the definition of an 18 U.S.C. § 2383 (Rebellion and Insurrection), 18 U.S.C. § 2384 (Seditious Conspiracy), 18 U.S.C. 2385 (Advocating Overthrow of Government), 18 U.S.C. 2388 (Activities Affecting Armed Forces during War), which HAS CAUSED ME 10 U.S.C. § 2737, 28 U.S.C. § 1411, 26 U.S.C. § 104, [U.S.C. 10] 28 U.S.C. § 5001 (Attempt to Commit WRONGFUL DEATH And FEAR OF EARLY DEATH), 18 U.S.C. § 1091 (Genocide), 18 U.S.C. § 371 (Conspiracy to Commit Genocide), 18 U.S.C. § 2 (Aiding and Abetting in the Commission to Commit Genocide) and  (Oppression), to include the use of Illegal **(Surveillance Techniques).** (SEE ATTACHMENT)

**ITEM112-** On 21 MAR 2018, I updated, signed, and mailed my Victim Impact Statement (VIS). (SEE ATTACHMENT)

**ITEM113-** On Sunday, 17 JUN 2018, I wrote, signed, and mailed My (Declaration of Intention) = (My Cause Is Just). (SEE ATTACHMENT)

**ITEM114-** On Thursday, 02 AUG 2018, I wrote, signed, and mailed My (Declaration of Warning to Honor) = (My Sacred Divine Wrath). (SEE ATTACHMENT)

**ITEM115-** I received a letter dated Monday, 06 AUG 2018, from Affinia Default Services, LLC, advising me that there has been a (Trustee Sale) that occurred on 03 AUG 2018 at 12:00 AM, for my property located at "5917 Big Horn View Street, North Las Vegas, Nevada 89031". This caused me even more amount of fear, panic, terror, distress, anger, depression, social and emotional anxiety, pain, suffering, loss of sleep, loss of appetite, vomiting, high blood

pressure, hair loss, acne, panic attacks, and toll on my overall health and safety, causing my (FEAR OF EARLY DEATH) to "Worsen" even Further. This is Additional (Persecution), 18 U.S.C. § 1091 (Genocide), and (Oppression). (SEE ATTACHMENT)

**ITEM116**- On Friday, 31 AUG 2018, I wrote, signed, and mailed My (Declaration that I Am that I Am) = (Not by Might, Not by Power, but by Spirit). (SEE ATTACHMENT)

**ITEM117**- On Friday, 14 SEP 2018, I wrote, signed, and mailed My (Declaration that I have Weeped Over You) = (So I might Rest from My Troubled Heart). (SEE ATTACHMENT)

**ITEM118**- On Sunday, 23 SEP 2018, I wrote, signed, and mailed My (Declaration Earth Has Another THING Coming) = (And Then More And More And More). (SEE ATTACHMENT)

**ITEM119**- On Tuesday, 09 OCT 2018, I wrote, signed, and mailed, My (Declaration I Am the Way, the Truth, And the Life) = (I Lead Forth the Future Law of the World). (SEE ATTACHMENT)

**ITEM120**- On Wednesday, 31 OCT 2018, I received a letter from the United States White House, President Trump (Plaintiff(s) current Commander-In-Chief) and First Lady Melania Trump, to "find comfort and strength in my faith" during these difficult times I am experiencing. (SEE ATTACHMENT)

**ITEM121**- I hereby declare this "Teaches" Us that when "God was Framing the Universe", he put Intelligence in Soul, and Soul in body, that he might be the "Creator of a Work which was by nature Fairest and Best"; but if needed, the Big-Open-Eyes of Orion's "Sword of the Giant" is "Always Watching" Us. For in Every-Succession of "Life and Death", you will "Do and Suffer" what like Many Fitly Suffer at the "Hands of Like". For This is the **"JUSTICE OF HEAVEN".** *So Be It. [AMEN]*

**ITEM122**- Plaintiff(s) House located at "5917 Big Horn View Street, North Las Vegas, Nevada 89031", is currently for sale for $299,900, after I foreclosed on it due to Unlawful-Unprivileged War Belligerency, TREASON, Federal Insurance Fraud, Corruption, War Crimes, Crimes against Humanity, Genocide, Non-Consensual Experimentation, etc.

**ITEM123**- REDRESS, The United Nations Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law, which Plaintiff(s) HEREBY DEMAND TO BE "TOTALLY ENFORCED".

**ITEM124**- TIME (the indefinite continued progress of existence and events in the past, present, and future regarded as a whole) is of the "Essence" (the intrinsic nature or indispensable quality of something, especially something abstract, that determines its character).

## **BACKGROUND FACTS**

81.     In jurisprudence, **Prosecutorial Misconduct** is (*an illegal act or failing to act*), on the part of a prosecutor.

82.     **Political-Repression** is (*the persecution of an individual or group within society for political reasons*), particularly for

the purpose of restricting or preventing their ability to take part in the political life of a society thereby reducing their standing among their fellow citizens.

83.   Defendant(s) **"Experimentation"** on Plaintiff(s) *(Protected Persons)* is a violation of the "International Ban" on **(Torture Techniques) and (Non-Consensual Human Experimentation).**

84.   Plaintiff(s) claims of **TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES (18 U.S.C. §§ 2381-2391); AND COMMUNIST CONTROL LAW AND LEGISLATIVE FINDING OF FACT AND DECLARATION OF NECESSITY (50 U.S.C. §§ 841-844), AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (18 U.S.C. §§ 1961-1968)**, arises from the Defendant(s) illegal use of "Internationally Banned" **(Torture Techniques) and (Non-Consensual Human Experimentation)**, which constitutes to both (War Crimes) and (Crimes against Humanity). Defendant(s) (War Crimes) and (Crimes against Humanity) of *conducting numerous forms* of (Human Experimentation) **"Experiments"** of (Retaliatory Isolation Techniques) and (Systematic Diminishment Techniques) while *Adhering to and Aiding the Enemy State* (ISIS), showing *Sympathy Simultaneously and Concurrently with the Enemy State* and *Hostility* to the United States, were the products of *Coordinated* Policy-Making and *Planning* at High Governmental Levels, *Conducted* as an Integral-Part of their (the Obama Administration's and the United Nations' under the United States-led International Security Assistance Force (ISAF) under the Command of the North Atlantic Treaty Organization (NATO)) Total War Effort in Afghanistan.

85.   Defendant(s) "Internationally Banned" **(Torture Techniques)** and **(Non-Consensual Human Experiments)** were *ordered, sanctioned, permitted, and approved* by persons in positions of authority (the Obama Administration and the United Nations under the United States-led International Security Assistance Force (ISAF) under the Command of the North Atlantic Treaty Organization (NATO)) who under all principles of law were under the duty to know about these things and to take steps to terminate or prevent them.

86.   Defendant(s) "Internationally Banned" **(Torture Techniques)** and **(Non-Consensual Human Experiments)** were *conducted* on Plaintiff(s) who (Did Not Consent).

> "In no case was the experimental subject at liberty of his own free
> choice to withdraw from any 'experiment'."

87.   Defendant(s) "Internationally Banned" **(Torture Techniques)** and **(Non-Consensual Human Experiments)** *caused* (Extraordinary Suffering) to Plaintiff(s).

> "In every one of the 'experiments' the subject experienced extreme
> pain and torture, and suffered permanent injury, as a direct result of
> the 'experiments' and because of lack of adequate follow-up care."

88.   Defendant(s) "Internationally Banned" **(Torture Techniques)** and **(Non-Consensual Human Experiments)** *caused*

Plaintiff(s) [Tortured Soul] to be *Forced* to "Find And Use" an [Intergalactic-Wormhole] "To And From" [Orion] (The God of Hunting), which then *resulted* in Plaintiff(s) (Sacred Divine Wrath) From [The Planet Jupiter] (The Most High).

89.     On Sunday, 28 DEC 2014, Defendant(s), the United States of America and the North Atlantic Treaty Organization (NATO), formally ended the United States – led International Security Assistance Force (ISAF) Combat Operations (War) in Afghanistan and officially transferred full security responsibility to the Afghanistan Government. Therefore, using Logical Consequence, and the United States Codes of 18 U.S.C. § 2 (Aiding and Abetting in the Commission of) and 18 U.S.C. §§ 1961-1968 (Racketeer Influenced and Corrupt Organizations), to include but not limited to, the United States Laws of War § 18.23 - § 18.23.6 (Joint Criminal Enterprise) Statute, the United States – led International Security Assistance Force (ISAF) under the Command of the North Atlantic Treaty Organization (NATO), are "Totally Responsible" for (War Crimes) and (Crimes against Humanity) committed against Plaintiff(s) prior to formally ending the (War), and to include "Continued" (War Crimes) and (Crimes against Humanity) after formally ending the (War).

90.     Defendant(s) **(TREASONOUS ACTS)** of "Internationally Banned" **(Torture Techniques)** and **(Non-Consensual Human Experiments)** while *Adhering to and Aiding the Enemy State* (ISIS), showing *Sympathy Simultaneously and Concurrently with the Enemy State* and *Hostility* to the United States, violated Plaintiff(s):

(1)   First Amendment to the United States Constitution, which protects cognitive liberty and freedom of thought.

(2)   Fourth Amendment to the United States Constitution, which protects against unreasonable searches and seizures (including seizing a person's body).

(3)   Fifth and Fourteenth Amendments to the Constitution Due Process clause, which both state that no one should be deprived of "life, liberty, or property without due process of law", and calls for the equal protection of all peoples and their rights to be protected, granted to citizens by the Bill of Rights.

(4)   Eighth Amendment to the United States Constitution, which protects against the infliction of cruel and unusual punishment.

(5)   The United States Department of Defense Laws of War, which as the *lex specialis* of armed conflict, is the controlling body of law with regard to the conduct of hostilities and the protection of war victims.

(6)   The United Nations International Law Commission's (ILC) Draft Code of Crimes against the Peace and Security of Mankind.

(7)   The United Nations International Convention on the Prevention and Punishment of the Crime of Genocide.

(8)   The United Nations International Convention on the Suppression and Punishment of the Crime of Apartheid.

(9)   The United Nations International Convention on the Elimination of All Forms of Racial Discrimination.

(10) The United Nations International Covenant on Economic, Social, and Cultural Rights Treaty.

(11) The United Nations International Covenant on Civil and Political Rights Treaty (ICCPR).

(12) The United Nations International Declaration of Human Rights.

(13) The United Nations International Slavery Convention Treaty.

(14) The United Nations International Supplementary Convention on the Abolition of Slavery, the Slave Trade, and

Institutions and Practices similar to Slavery.

(15) The United Nations International Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment

or Punishment Treaty (CAT).

(16) The United Nations International Convention on Environmental Modification Techniques (ENMOD).

(17) The Rome Statute of the International Criminal Court which has jurisdiction in Afghanistan (ICC).

(18) The Nuremberg Code from the International Military Tribunal in 1945 to satisfy moral, ethical, and legal concerns

in cases of (Human Experimentation).

(19) The United Nations General Assembly Resolution 40/34 of November 29, 1985 Declaration of Basic Principles of

Justice for Victims of (Crime and Abuse of Power).

(20) The United Nations International Convention for the Suppression of the Financing of Terrorism.

(21) The United Nations International Convention Against Transnational Organized Crime.

(22) The United Nations International Convention Against Corruption.

(23) The United Nations Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of

Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law.

(24) (Failure to Maintain International Peace and Security) And (Failure to Regulate the Conduct of Hostilities) while

committing (Criminal Activities of Aggression) And (OUTER SPACE WARFARE) in Violation of International

Law, the Charter of the United Nations, and Articles III and IV of the (Laws of War Outer Space Treaty).

(25) The United Nations International Agreement governing the Activities of States on the Moon and Other Celestial

Bodies.

(26) The Hippocratic Oath which reaches beyond the doctor-patient relationship to the relationship of both doctor and

patient with the Gods in whom they believe and who will hold them to account.

91.     WHEREFORE, Plaintiff Prays for Judgment against the Defendant(s) as follows:

(1)   Plaintiff(s) hereby DEMAND to be (Respected) and to have All of Plaintiff(s) (United States Constitutional

Rights), to include All of Plaintiff(s) (United States Laws of War Rights), and (International Rights), "Non-Derogable Inalienable Rights", to be "Totally Enforced";

(2) Plaintiff(s) hereby DEMAND an Immediate Emergency Hearing;

(3) Plaintiff(s) hereby DEMAND an Immediate Emergency Jury DEMAND by this Hereby Jury DEMAND;

(4) Plaintiff(s) hereby DEMAND an Immediate Emergency (Injunctive) and (Declaratory) Relief;

(5) Plaintiff(s) hereby DEMAND an Immediate Emergency (Political Asylum) "an Institution offering Shelter and Support to people who are Mentally Ill" and (Safe Haven) "a place of Refuge and Security" Relief in the form of being "Relocated" back to the State of Nevada to a (Safe House) with the address of (9101 Alta Drive, Unit 1802, Las Vegas, Nevada 89145), for Plaintiff(s) Current (Safety, Security, and Comfort);

(6) Plaintiff(s) hereby DEMAND Immediate Emergency (REDRESS), and (Restitution), and (Back-Pay of Royalties), and (Penalties) from All Defendant(s) be Paid Immediately;

(7) Plaintiff(s) hereby DEMAND (Nominal), (Compensatory), and (Punitive) Damages (Tax Free with No Restrictions Attached) in the sum of "Two-Trillion, Six-Hundred Billion" dollars ($2,600,000,000,000);

(8) Plaintiff(s) hereby DEMAND a "Twenty-Five Million" dollar ($25,000,000) REWARD for combatting Terrorism and defending the United States against Terrorist Acts per the United States Department of State's Counter-Terrorism Rewards for Justice Program Public Law 98-533 (codified at 22 U.S.C. § 2708), and for individuals who provide information regarding designated defendants who have been charged with the commission of international crimes. Legislation signed on January 15, 2013, expands the authority of the Department of State to provide rewards for information leading to the arrest or conviction in any country, or the transfer to or conviction by any international criminal tribunal, of any foreign national accused of war crimes, crimes against humanity, or genocide;

(9) Plaintiff(s) hereby DEMAND Immediate Emergency (Executions) for (WAR TREASON), which Violated the (United States Constitution), and the (United States Laws of War);

(10) Plaintiff(s) hereby DEMAND to be "Informed" of (All Charges) that are Filed with the Court;

(11) Plaintiff(s) hereby DEMAND a (Criminal Protective Order) Against "All Persons Charged";

(12) Plaintiff(s) hereby DEMAND to be "Enrolled" into a (Witness Protection Program);

(13) Plaintiff(s) hereby DEMAND to be "Informed" of (All Defendants' Bail) prior to any Bail Reduction Hearing and have the "Right to Testify" at any Bail Reduction Hearing;

(14) Plaintiff(s) hereby DEMAND to be "Informed" of (All Plea Deals) and have the "Right to Testify" before any Plea Deal;

(15) Plaintiff(s) hereby DEMAND to be "Automatically Enrolled" in the Bureau of Prisons (Victim Notification Program);

(16) Such other relief as this Court may find to be Just and Proper.

DATED March 21, 2019.


Plaintiff(s), I, JOHN KEITH HEBERT, IC "Plata", President of International Defense Corporation, hereby Do Declare On OATH under penalty of perjury under the (United States Constitution), the (Laws of the United States of America), the (Laws and Treaties of the International Community), and any (Rule or Law under the United States National Space Council), that the foregoing is True and Correct.

Executed On 21 MAR 2019.

John Keith Hebert, IC "Plata",
President of International Defense Corporation,
4711 Renie Road
Erath, Louisiana 70533

43