# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN KEITH HEBERT** | **CASE NO. 6:19-CV-00410** |
| **VERSUS** | **JUDGE JUNEAU** |
| **USA ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Amended Complaint filed on May 24, 2019, Rec. Doc. [8], as Plaintiff's objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915.

THUS DONE in Chambers on this ___30th___ day of ___May___, 2019.

_____
**Michael J. Juneau**
**United States District Judge**